Mr. Charles A. Syrus Jr
1025 NW 86th Street, Apt. 101
Oklahoma City, Oklahoma 73114

PG
1
OF
3

PAGES

| | | |
|---|---|---|
| 1 | SELF INCRIMINATION | 13 |
| 2 | WITNESS ATTESTATION | 7 |
| 3 | JURISDICTION | 1 |
| 4 | JURISDICTIONAL FACTS | 2 |
| 5 | COMES NOW (PL)s | 3 |
| 6 | (PL)s REQUEST A COURT DATE | 1 |
| 7 | (PL)s REQUEST ORAL ARGUMENTS | 1 |
| 8 | BROADCAST NEWS CAMERAS | 1 |
| 9 | (PL)s SWORN OATH | 7 |
| 10 | JUDICIAL SWORN OATH | 1 |
| 11 | COURT CLERK OATH | 2 |
| 12 | COURT CLERK OATH MAGISTRATE | 2 |
| 13 | COURT CLERK CODE OF ETHICS | 4 |
| 14 | JUDICIAL OATH ETHICS LAWS VIOLATED | 4 |
| 15 | CURRIAMS AND JUDICIAL CLOAK | 4 |
| 16 | ETHICAL LAW | 20 |
| 17 | IMMUNITY | 13 |
| 18 | ATTORNEY OATH LAW FIRM | 13 |
| 19 | ADMITTING POLYGRAPH | 4 |
| 20 | All (DEF)s ILLEGAL (RICO) SPECIAL APPEARANCE (S.A.) | 2 |
| 21 | ATTORNEYS SPECIAL APPEARANCE (S.A.) | 2 |
| 22 | VIOLATION OF A UNITED STATES MAGISTRATE JUDGE AVAILABILITY | 1 |
| 23 | CLOYCE'S LETTER | |
| 24 | (PL)s REQUEST A SPECIAL APPEARANCE (S.A.) | 2 |
| 25 | (PL)s REPLY LETTER | 3 |
| 26 | A TRAIL OF HUMAN RIGHTS VIOLATIONS | 1 |

27  PROBABLE CAUSE AFFIDAVIT                             3
28  (PL)s MOTION                                         16
    (DEF)s ET AL GLOBAL LAW FIRMS
29  OVERSIZE OBJECTIONS                                  1
30  INTOLERANCE - DISCLAIMER                             7
31  COUNTERFEITING                                       3
32  COMPLAINT FOR NEGLIGENCE                             10
33  DISCOVERY                                            6
34  DEPOSITION                                           1
35  (PL)s MOTION AND AFFIDAVIT                           4
        TO EXPODITE HEARING
36  ART (350) REDRESS OF GRIEVANCE                       2
            SAFETYS & PROTECTIONS
37  SUMMONS                                              1
38  PETITION FOR REVIEW                                  10
    SUMMONS CHECKLIST OF FACTS
39  MOTION TO COMPELL                                    16
40  PRIVACYS                                             8
41  (PL)s PRIVACYS EVIDENCE                              2
42  ( I. I. E. D. )                                      66
    INTENTIONAL INFLICTION OF
    EMOTIONAL DISTRESS
    ( MEDICAL REPORT )
43  RULE 50 (B) (2) MOTION                               4
    JUDGMENT AS A MATTER OF
    LAW ( JMOL )
44  (PL)s MOTION TO DISMISS                              7
        UNDER RULE 12 (B)
45  AFFIDAVIT OF ENTRY OF                                15
    DEFAULT

PG
3
OZ
3
PAGES

| 46 | WHY ? | 2 |
| 47 | USC 10TH CIR EXECUTIVE | 28 |
| | 10-20-90009 -THRU -10 -20- 90013 | |
| 48 | BASIL FACTS WHY (PL)s ARE ENTITLED FOR FULL RELIEF FOR DAMAGES | 3 |
| 49 | (PL)s ENTITLEMENT FOR RELIEF | 5 |
| 50 | (PL)s CLAIMS FOR RELIEF | 3 |
| 51 | (PL)s PETITION FOR CLAIM WITH INTRODUCTION 534 COUNTS | 2 |

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA


CHARLES A. SYRUS JR:
PLAINTIFF (PL)s
COMPLAINANT- (COMP)

CASE NO's.

V.                          C8V- 12-678 D
                            C8V- 19-504 D

All ILLEGAL (RICO)
DEFENDANTS ( DEF)s

(PL)S
SEIF INCRIMENATION

PG- 1- 13

To          : THE HONORABLE
              TIMOTHY DEGIUSTI°
              UNITED STATES CHIEF
              JUSTICE

FROM (P)s: CHARLES A. SYRUS JR:
DATE      : THUR DECEMBER 9, 2021
             4:02 AM
SUBJECT : 534 COUNTS (FRAUD-PERJURY)
             13.350 YEARS IN PRISON


JUSTICE DEGIUSTI°,
                      I WANT
TO TURN MYSELF IN TO YOU
FOR INCARCERATION HUMILIATION
FOR LIEING TO YOU &
THE ENTIRE UNITED STATES
FEDERAL GOVERNMENT JUDICIAL
SYSTEM MUNICIPAL
ADMINISTRATIONS OF JUSTICE
IMPARTIAL REPUTATIONS.

EVERYTIME I FIX MY LIPS &
TONGUE TESTIFYING SAYING

: " All (DEF)s ENTRYS WAS NOT
LEGALLY - LAWFULLY OR CONSTITUTIONALLY
  [ SERVED ] NO DUE PROCESS,
            NO SUMMONS,
OVERNIGHT AT 1ST LIGHT
FROM : THUR 4:30 PM 6-14-2012
TO   : FRI° 8:30 AM 6-15-2012

PERJURY -

THAT WAS A LIE CLEARLY VIEWED &
SEEN ON FEDERAL DOCKET
CASE # CIV - 12 - 678  D
All (DEF)s ENTRYS  [ IS ] -
[ MADE ] ABOVE THE LAW
WITHOUT BEING [ SERVED ]
NO DUE PROCESS.

(PL)s NEED TO BE IN PRISON
WITH MORE THAN 534 COUNTS
OF PERJURY ALONE, FOR LYING, &
MISLEADING THE ENTIRE JUDICIAL
SYSTEM IMPARTIAL REPUTATIONS,
"AND IF (PL)s GO TO PRISON &
FACE 2.670 YEARS All (DEF)s
HAVE TO GO TO PRISON TOO," -
BECAUSE IF All (DEF)s
ILLEGAL (RICO) GROUPS WAS ON
THE WITNESS STAND, TESTIFYING -
ON A FEDERAL LEVEL,
AS A MATTER OF LAW,   WITH
ADMINISTERED SWORN OATHS, "LAW FIRMS &
All 97.8 Billion All PRO SPORTS AND
ENTERTAINERS WILL TELL THIS
COURT " THEY WAS NOT [ SERVED ]
WITH NO DUE PROCESS
LEGALLY OR LAWFULLY,
OVERNIGHT AT 1ST LIGHT &
(PL)s HAS BEEN FIGHTING
CASE # CIV - 12 - 678 D WITH NO DUE PROCESS."

PERJURY -

THAT WILL BE A LIE & ALL WILL
HAVE TO GO TO PRISON, BECAUSE
ALL (DEF)s ENTRYS HAD TO BE
[ SERVED ], FEDERAL DOCKET
CASE # CIV-12-678 D
1. ALL (DEF)s [ MADE ] ENTRYS
2. ALL (DEF)s [ MADE ] APPEARANCES
3. ALL (DEF)s FILED OBJECTION

IN THE DEPUTY COURT CLERKS OFFICE
OVERNIGHT AT 1ST LIGHT
BEFORE EVERY IMPARTIAL
UNITED STATES CHIEF JUSTICE,
UNITED STATES JUSTICE,
UNITED STATES MAGISTRATE JUSTICE,
[ ESP ] BEFORE THE JUDGE
RANDOMLY CHOSEN BY DEPUTY
COURT CLERK IMPARTIAL
JUDICIAL COMPUTER, AT 4:44 PM,

ALL (DEF)s [ MADE ] ENTRYS
THROUGH JUDICIAL TECHNOCALITY
LEAKAGES, & USED ACCESS READY
CASE # CIV-12-678 D HACKED-
STOLEN - EMBEZZLED OFF
DEPUTY CLERK & JUDICIAL OFFICE
COMPUTERS-PASS WORDS-PASS CODES
ACCESS CODES USING DEVICES & MACHINES
IN THIS FEDERAL COURT OF LAW
WITH GENETIC DNA FINGER PRINTS

PERJURY -

ON THE FRONT DOOR OF THE
WESTERN DISTRICT OF OKLAHOMA [ESP]
THE ENTIRE JUDICIAL SYSTEM
COMPUTERS, WHEN ALL JUSTICES
ACCESS CASE # CIV-12-678 D & SEE
ALL (DEF)s ENTRYS [MADE] ABOVE THE LAW,
(WITH ALL IMPARTIALITYS & JUSTICES
UNDER THE LAW).

ALL (DEF)s ENTRYS WANTED TO CAUSE
(PL)s INTENTIONAL INFLICTION
OF EMOTIONAL & MENTAL DISTRESS
WITH 9½ YEARS OF SUFFERINGS
USING JUDICIAL TECHNOCALITY LEAKS
WHILE (PL)s WAS CARING FOR
THE BEST INTEREST OF MY WIFE
TRYING TO STAY ALIVE,

ALL (DEF)s ENTRYS CAUSED (PL)s
TO RECORD A CONVERSATION
WITH (PL)s & U.S. MARSHALL
DEC 24, 2019 UNDERMINING
MARSHALL'S ADDRESSING A
SPECIAL APPEARANCE (S.A.),
I STILL HAVE CONVERSATION ON
MY CELL PHONE,
                    BUT I WILL
WRITE THE CONVERSATION DOWN.

PERJURY -

(PL)s UPON ENTERING LOBBY -

MARSHALL : " HELLO "
(PL)s   :  HI, HOW ARE YOU -
MARSHALL:  ALRIGHT
(PL)s   :  I WAS COMING IN TO
          SEE IF I CAN GO
          UPSTAIRS & SPEAK WITH
          ONE OF THE JUDGES &
          PROBABLY HAVE A
          SPECIAL APPEARANCE (S.A.)
          TODAY.
MARSHALL : THERE'S NOBODY HERE
(PL)s   : "THERE'S NO ONE HERE,
          I CALLED THE COURT CLERK
          OFFICE TODAY ABOUT 11:30
          & ASK WAS THEY OPEN &
          SHE TOLD ME YEA,
MARSHALL : " THEIR OPEN,
          THE CLERKS OFFICE IS
          OPEN,
(PL)s   : " OH "
MARSHALL : " THERE'S NO COURT TODAY "
(PL)s   : " OH - THERE'S NO COURT
          TODAY ? "
BACKGROUND
MARSHALL : NO THEY ALL STAYED HOME
(PL)s   : " SO WHEN IS THE COURTS,
          WHEN IS THE JUDGES
          GOING TO BE BACK ? "

PERJURY -

MARSHALL : " THEY WONT DO THAT
ANYWAY,

(PL)s : " THEY WONT WHAT ? "

MARSHALL : " THEY WONT SEE YOU
SPONTANEOUSLY "

(PL)s : " OH- THEY WONT ? "
THEY WONT LET ME HAVE
A SPECIAL APPEARANCE
( S.A. ) ? "

MARSHALL : " NO - I DONT KNOW
WHAT YOU WANT TO TALK
ABOUT BUT ,"

(PL)s : " ABOUT A UP COMING
CASE "

MARSHALL : " NO THEY WONT TALK
TO YOU "

BACKGROUND : " THEY DONT TALK TO
MARSHALL CITIZEN'S, "

BOTH
MARSHALL.s : " YOU HAVE TO TALK TO
YOUR LAWYER, YOU HAVE
A LAWYER ? "

(PL)s : " NO IM GOING TO BE
REPRESENTING MYSELF "

MARSHALL : " OK, WELL THEY WONT
TALK, [ESP] THEN, THEIR
NOT GOING TO TALK TO
YOU "

(PL)s : " WHY IS IT A CRIME ? "

MARSHALL : " YOU HAVE TO WAIT FOR
YOUR COURT DATE "

## PERJURY-

(PL)s : " I WANT TO TALK TO
THE COURTS BEFORE I GET
A COURT DATE "

MARSHALL : " IT HAS TO BE A
FEDERAL CASE "

(PL)s : " IT'S GOING TO BE A
FEDERAL CASE "

MARSHALL: INAUDIBLE - - -

(PL)s : " NO IM GOING TO REPRESENT
MYSELF "

MARSHALL : " THE ONLY THING I KNOW
YOU CAN GO IN & TALK
TO THE CLERK IN THERE
& SEE WHAT THEY CAN
TELL YOU "

(PL)s : " IS IT A CRIME TO TALK
TO THE JUDGE, TO HAVE A
SPECIAL APPEARANCE ( S.A.) ?"

MARSHALL: " NO IT'S NOT A CRIME,
THE WAY THEY LOOK AT
IT, THEY GOT TO BE
FAIR & IMPARTIAL &
THEY CANT DISCUSS IT
WITH YOU [ ESP ] IF
YOUR GOING TO GO BEFORE
THEM "

(PL)s : " IS THE CHIEF JUDGE
MR. JOE HEATON STILL HERE ?"

PERJURY -

MARSHALL : "YEA, HE'S NOT CHIEF
JUDGE ANYMORE, BUT HE'S
STILL HERE"

(PL)s : "HE'S JUST A JUSTICE ?"

MARSHALL: "HE'S STILL A FEDERAL
JUDGE"

(PL)s : "OK" WHO'S THE CHIEF
JUSTICE NOW ?"

MARSHALL : "THEY WONT TALK TO YOU
IF YOU HAVE A CASE
SCHEDULED BEFORE HIM,
HE'S NOT GOING TO TALK
TO YOU BEFORE THAT DATE"

(PL)s : "OK" I JUST WANTED TO
HAVE ONE SO I DONT
WASTE THE U.S. MARSHALL,
COURT CLERK OR JUDGE'S
TIME, I JUST WANTED TO
SEE IF I COULD TALK TO
THEM ABOUT THE CASE &'
IF IT HAD MERITS,
THEY'LL LET ME PROCEED"

MARSHALL : "THEY DONT WANT TO
LOOK LIKE THEIR ON
ONE SIDE OR THE OTHER"
"JUDGES DONT DO THAT"

(PL)s : "BUT THEY DID DO THAT,
THEY DID THAT ALREADY
WITH THE (DEF)s BEFORE,
WHO I WAS GOING AGAINST

PERJURY -

(PL)s       : " I WAS GOING AGAINST
             THE NATIONAL BASKETBALL
             ASSOCIATION & THEY
             WENT IN THEIR & HAD
             A SPECIAL APPEARANCE &
             THAT'S WHY I WANT TO
             HAVE ONE "

MARSHALL :  " WE'll LET YOU IN, &
             YOU CAN GO INSIDE THE
             CLERKS OFFICE, BUT YOUR
             NOT GOING TO BE ABLE
             TO SEE A JUDGE TODAY"

(PL)s       : " I CAN COME BACK,
             WHEN IS THE COURT
             GOING TO BE OPEN ?"

MARSHALL :  " THEY'll BE OPEN ON
             THE 26TH , "

(PL)s       : THAT'S THURSDAY ?
             WHAT'S YOUR NAME ?

MARSHALL:   " WALSH "

(PL)s       : " IS THAT OFFICER WALSH
             OR MARSHALL WALSH ?"

MARSHALL:   " MARSHALL WALSH "

(PL)s       : " I'll JUST COME BACK,
             WHAT'S A GOOD TIME TO
             COME BACK ?"

MARSHALL :  " THE CLERK OPEN UP AT
             8:30 "

(PL)s       : " OK, I'll COME BACK
             THUR AT 8:30 "

PERJURY -

MARSHALL : "OK THAT WILL BE FINE"
(PL)s     : "THANK - YOU"

(PL)s  EXIT -

IN JANUARY 2020 FEELING GUILTY
I TRIED TO TURN MYSELF IN
TO THE F.B.I. & TOLD THEM
WHAT I DID & GAVE IT TO
THEM IN WRITING, THE F.B.I.
SAID THEPR NOT GOING TO ARREST
ME BECAUSE I HAD NO WARRANTS,

IN JANUARY, I TRIED TO TURN
MYSELF IN TO THE UNITED STATES
MARSHALL'S & TOLD THEM WHAT I
DID & THEY WROTE MY NAME -
ADDRESS & PHONE NUMBER DOWN &
SAID THEY WOULD CALL ME, IF THEY
NEEDED ME TO COME BACK IN,
THEY NEVER CALLED,

I WANT TO TURN MYSELF IN TO
JUSTICE DEGIUSTI. FOR MAKING
PERJURYING STATEMENTS ON A
FEDERAL LEVEL BECAUSE OF LIES,
ALL (DEF)s WAS [SERVED] THROUGH
JUDICIAL TECHNOCALITY LEAKAGES,
ILLEGALLY, WRONGFULLY, BUT (DEF)s
WAS [SERVED] & [MADE] ENTRYS.

TYPE OR PRINT ALL INFORMATION IN BLACK

FBI

LEAVE BLANK

**APPLICANT**

LAST NAME    FIRST NAME    MIDDLE NAME
SYRUS, CHARLES ALLEN JR

SIGNATURE OF PERSON FINGERPRINTED
CHARLES A. SYRUS JR

RESIDENCE OF PERSON FINGERPRINTED
1025 NW 86th APT 101

DATE    SIGNATURE OF OFFICER TAKING FINGERPRINTS
03/19/2019

EMPLOYER AND ADDRESS

REASON FINGERPRINTED
8000 IDENTIFICATION PURPOSES

| ALIASES AKA | O R I | OK0550000 |
|---|---|---|

CITIZENSHIP CTZ
US

| SEX | RACE | HGT. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|
| M | B | 509 | 180 | BRO | BLK |

YOUR NO. OCA

FBI NO. FBI

ARMED FORCES NO. MNU

SOCIAL SECURITY NO. SOC
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

MISCELLANEOUS NO. MNU

DATE OF BIRTH DOB
Month Day Year
02/11/1961

PLACE OF BIRTH POB
KS

LEAVE BLANK

CLASS ———————

REF. ———————

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

SAGEM LS1/LiteUe 000172995.G2007

LEX # 20190319-14:29

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

PG
12
07
13

# OKLAHOMA COUNTY BACKGROUND CHECK

201 North Shartel – Oklahoma City, Oklahoma 73102 – 405-713-1915 Fax 405-713-1994

## OKLAHOMA COUNTY SHERIFF'S OFFICE

P.D Taylor, Sheriff                    "Serving the Citizens of Oklahoma County"

## Criminal Records Check

| General Information | | | | |
|---|---|---|---|---|
| Name CHARLES | Last SYRUS JR: | First CHARLES | Middle Allen | Jr./Sr |
| Maiden/ Alias N ECK NAME: JUNE-BUG | Last | First | Middle | Jr./Sr |
| Sex MALE | Date Of Birth 2-11-61 | Social Security 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 | | Race BLK |
| Address 1025 N.W. 86TH ST # APT(101) OKC, OK 73114 | Street/P.O. Box | City | State | Zip Code |
| Entry Type | ☐ State ☐ Federal ☐ County | Purpose for Request (Specify)- | ☐ Employment ☐ Volunteer | ☐ Licensing ☐ Other (Specify) |

☐ Record See Attached
☐ No Record

NO RECORD

Oklahoma County Sheriff's Office
201 N. Shartel
Oklahoma City, OK 73102
ATTN: Records Division

Teresa Janow

Oklahoma County Sheriff's Office
201 N. Shartel OK 73102
Oklahoma City Records Division
ATTN:

PG
13
OZ
13



## STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

STATE FILE NUMBER **2014-014692**

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | 1a. LAST NAME PRIOR TO FIRST MARRIAGE | 2. SEX |
|---|---|---|
| ANNETTA FAYE SYRUS | | FEMALE |

| 3. SOCIAL SECURITY NUMBER | 4. EVER IN US ARMED FORCES? | 5a. AGE- Last birthday (years) | 5b. UNDER 1 YEAR | | 5c. UNDER 1 DAY | | 6. DATE OF BIRTH (Mo/Day/Yr) |
|---|---|---|---|---|---|---|---|
| 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 | NO | 45 | Months | Days | Hours | Minutes | FEBRUARY 14, 1969 |

| 7. BIRTHPLACE (City and State or Foreign Country) | 8a. RESIDENCE-State | 8b. RESIDENCE-County | 8c. RESIDENCE-City or Town |
|---|---|---|---|
| OKLAHOMA CITY, OKLAHOMA | OKLAHOMA | OKLAHOMA | OKLAHOMA CITY |

| 8d. RESIDENCE-Zip Code | 8e. RESIDENCE-Inside City Limits? | 8f. RESIDENCE-Street and Number | 8g. RESIDENCE-Apt. Number |
|---|---|---|---|
| 73114 | YES | 1025 NW 86TH ST | 101 |

| 9. MARITAL STATUS AT TIME OF DEATH | 10. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|
| ☒ Married ☐ Never Married ☐ Widowed ☐ Divorced ☐ Married, but separated ☐ Unknown | CHARLES ALLEN SYRUS |

| 11. FATHER'S NAME (First, Middle, Last) | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| CLAUDE BOWIE | GLENDA WILLIAMS |

| 13. DECEDENT OF HISPANIC ORIGIN? | 14. DECEDENT'S RACE | 15. DECEDENT'S EDUCATION |
|---|---|---|
| NO, NOT SPANISH/HISPANIC/LATINO | BLACK OR AFRICAN AMERICAN | HIGH SCHOOL GRADUATE OR GED COMPLETED |

| 16. DECEDENT'S USUAL OCCUPATION (Indicate type of work done during most of working life. DO NOT USE RETIRED.) | 17. KIND OF BUSINESS / INDUSTRY |
|---|---|
| STOCKER | WAL-MART |

| 18a. INFORMANT'S NAME | 18b. RELATIONSHIP TO DECEDENT | 18c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| CHARLES ALLEN SYRUS | HUSBAND | 1025 NW 86TH ST 101, OKLAHOMA CITY, OKLAHOMA 73114 |

| 19. METHOD OF DISPOSITION: | 20. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 21. LOCATION – City, Town and State |
|---|---|---|
| ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (specify) | OKLAHOMA MORTUARY SERVICE | OKLAHOMA CITY, OKLAHOMA |

| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH |
|---|---|
| TEMPLE AND SONS FUNERAL DIRECTORS, INC. - OKLAHOMA CITY, 2801 N. KELLEY AVE., OKLAHOMA CITY, OKLAHOMA 73111 | MARK P TEMPLE |
| | 24. FH ESTABLISHMENT LICENSE # 1212ES |

| 25. PLACE OF DEATH (Check only one: see instructions) | | |
|---|---|---|
| IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival | IF DEATH OCCURRED OTHER THAN IN A HOSPITAL: ☐ Hospice Facility ☐ Nursing home/Long term care facility ☒ Decedent's home | ☐ Other (specify): |

| 26. FACILITY NAME (If not institution, give street & number) | 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | 28. COUNTY OF DEATH |
|---|---|---|
| 1025 NW 86TH ST | OKLAHOMA CITY, OKLAHOMA, 73114 | OKLAHOMA |

| 29. DATE OF DEATH (Mo/Day/Yr) | 30. TIME OF DEATH | 31. WAS MEDICAL EXAMINER CONTACTED? | 32. WAS AN AUTOPSY PERFORMED? | 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|---|---|
| MAY 30, 2014 | 22:26 | YES | NO | |

| CAUSE OF DEATH (See instructions and examples) | | 35. PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I |
|---|---|---|
| 34. PART I. Enter the chain of events– diseases, injuries or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary. | Approximate interval: Onset to death | |
| IMMEDIATE CAUSE (Final disease or condition resulting in death ⟶ a. HUNTINGTON'S DISEASE, SEQUELA | UNDETERMINED | |
| Due to (or as a consequence of): | | |
| Sequentially list conditions, if any, leading to the cause listed on line a. b. | Due to (or as a consequence of): | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. c. | Due to (or as a consequence of): | |
| d. | | |

1402445

| 36. MANNER OF DEATH | 37. IF FEMALE: | 38. DID TOBACCO USE CONTRIBUTE TO DEATH? |
|---|---|---|
| ☒ Natural ☐ Homicide ☐ Accident ☐ Suicide ☐ Pending investigation ☐ Could not be determined | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☒ Unknown if pregnant within the past year | ☐ Yes ☐ No ☐ Probably ☒ Unknown |

| 39. DATE OF INJURY (Mo/Day/Yr) | 40. TIME OF INJURY | 41. PLACE OF INJURY (e.g., Decedent's home; construction site; wooded area) | 42. DESCRIBE HOW INJURY OCCURRED: | 43. INJURY AT WORK? |
|---|---|---|---|---|
| | | | | |

| 44. LOCATION OF INJURY: State: | City or Town: | Zip Code: | 45. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian |
|---|---|---|---|
| Street & Number: | | Apartment Number: | ☐ Other (specify) |

| 46. CERTIFIER (Check only one) | 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 34) |
|---|---|
| ATTENDING PHYSICIAN: ☐ Physician in charge of the patient's care ☐ Physician in attendance at time of death only To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. ☒ MEDICAL EXAMINER On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated. | MARC HARRISON, MD 901 NORTH STONEWALL OKLAHOMA CITY, OKLAHOMA 73117 |

| Certifier: MARC HARRISON, MD | 48. LICENSE NUMBER | 49. DATE DEATH CERTIFIED (Mo/Day/Yr) |
|---|---|---|
| | 24485OK | JUNE 2, 2014 |

| 50. REGISTRAR'S SIGNATURE | 52. DATE RECEIVED BY STATE REGISTRAR (Mo/Day/Yr) |
|---|---|
| *Kelly M Baker* | JUNE 3, 2014 |

REVISION 2013     VS 154 (08/13)

4

RESPECTFULLY:

CHARLES A. SYRUS JR;
HUSBAND

ANNETTA F. SYRUS
WIFE     DECEASED

PLAINTIFFS (PL)S

1025 N.W. 86TH ST #101
OKLAHOMA, OK
                 73114-
(405) 436-9457 #CELL

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR:
PLAINTIFF (PL)s
COMPLAINANT-(COMP)

V.

All ILLEGAL (RICO)
DEFENDANTS (DEF)s

CASE NO's.
CIV-12-678 D
CIV-19-504 D

WITNESS ATTESTATION

PG 1-7

WITNESS ATTESTATION

PG 1

OF

7

I,

NOTARY NAME   Michael Elbpernum   ,

THE WITNESS, SIGN MY NAME
TO THE FOREGOING AFFIDAVITS, MOTIONS,
ARTICLES , JUDICIARY ACTS, CANNON
LAWS, FEDERAL RULES OF CIVIL
PROCEDURES (F.R.CIV-P), AMENDMENTS,
UNITED STATES CONSTITUTION
AUTHORITIES, EVIDENCE CODES,
CITED BY CHARLES A. SYRUS   WITH
ANNETTA T. SYRUS WIFE DECEASED
(PL)s PLAINTIFF(S).

BEING FIRST DULY SWORN AND DO
DELCARE TO THE UNDERSIGNED AUTHORITY
THAT THE PRINCIPAL SIGNS AND EXECUTES
THIS INSTRUMENT OF AFFIDAVITS
WILLINGLY, AND THAT I IN THE
PRESENCE AND HEARING OF THE
PRINCIPAL, SIGN THIS AFFIDAVIT AS
WITNESS TO THE PRINCIPAL SIGNING AND
THAT TO THE BEST OF MY KNOWLEDGE
THE PRINCIPAL IS NINETEEN YEARS OF
AGE OR OLDER, OF SOUND MIND,
AND UNDER NO CONSTRAINT OR UNDUE
INFLUENCE.

WITNESS ATTESTATION

I CHARLES A. SYRUS JR:
HAVE WRITTEN ALL THE FOREGOING
AFFIDAVITS WITH MOTIONS I'M
PRESENTING IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA,

I CHARLES A. SYRUS JR: AM THE
PRO-SE LITIGANT, REPRESENTATIVE,
IN FACT BY THIS DOCUMENT OF
AFFIDAVIT'S IN THIS MATTER OF
CASE # CIV-19-504 D FRI 5-31-19
CASE # CIV-12-678 D THUR 6-14-12 IN THE
UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA,

I THE WITNESS ATTESTATION
AM NOT RELATED TO THE PRINCIPAL
BY BLOOD, ADOPTION, OR MARRIAGE,
NOR AM I ENTITLED TO ANY PORTION
OF THE PRINCIPAL'(S) ESTATE UNDER
THE LAWS OF INTESTATE SUCCESSION
OR UNDER ANY WILL OR CODICIL OF
THE PRINCIPAL.

(PL)s CASE # CIV-12-678 D THUR 6-14-12
(PL)s CASE # 504 G FRI 5-31-19
IS UPMOST IMPORTANCE WITH
THIS SWORN ATTESTATION.

WITNESS ATTESTATIONS

pg.
3
of
I

I ALSO DO NOT PROVIDE NO HEALTHCARE SERVICES TO THE PRINCEPAL, NOR AN EMPLOYEE OF ANY HEALTHCARE FACILITY IN WHICH THE PRINCIPAL IS A PATIENT, AND AM NOT FINANCIALLY RESPONSIBLE FOR THE THE PRINCIPAL, HEALTH CARE.

I AM NOT RESPONSIBLE FOR ANY LEGAL MATTERS WHATSOEVER NOR AM I RESPONSIBLE FOR ANY, OR ALL ATTORNEYS OF UNITED STATES CONSTITUTIONAL AUTHORITIES WITNESS BY: THE PLAINTIFF'S (PL's) ANNETTA I. SYRUS WIFE: THE DECEASED- CHARLES A. SYRUS SR: IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA.

I CHARLES A. SYRUS SR: DO SWEAR SO HELP ME GOD THAT ALL STATEMENTS ARE SOUND AND TRUE TO THE BEST OF MY KNOWLEDGE,

I CHARLES A. SYRUS SR: ("June-Bug") THE PLAINTIFF (PL). DO SWEAR TO TELL THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA. SO HELP ME GOD.

WITNESS ATTESTATION

I DECLARE UNDER PENALTY's OF
PERJURY'S UNDER THE LAWS OF
THIS STATE (PL)S ARE OF SOUND
MIND AND (PL)s ARE THE PLAINTOFF's
IN THIS PROPERTY RIGHTS CASE #
CIV-19-504 D & CIV-12-678 D
AGAINST ALL (DEF)s.

1. THE (NBA) NATIONAL BASKETBALL
        ASSOCIATION

2. THE (NBA) (PBC) LLC
    PROFESSIONAL BASKETBALL CLUB
    BOARD OF GOVERNORS 30 GROUPS OF
    PARTNERSHIPS

3. THE (NBA) TEAM PLAYERS UNION
        ASSOCIATION

4. THE (NBA) GLOBAL & DOMESTIC
    FOREIGN COUNTRY LAW FIRMS,
    SENIOR AGENTS, OFFICERS, ATTORNEYS,
    LAWYERS, ARBITRATORS, COUNSELORS, AT
    LAW -
    ALL ABOVE DEFENDENTS (DEF)s
        IN THIS CASE # CIV-19-504 D,
        AND    CASE # CIV-12-678 D

WITNESS ATTESTATION

_____ 12/22/21
NOTARY SIGNATURE AS WITNESS

Notary Public
State of Oklahoma
MICHAEL ELLSPERMAN
OKLAHOMA COUNTY
COMMISSION #12003213
Comm. Exp. 03-30-2024

ADDRESS OF NOTARY WITNESS

11300 N. May Ave
OKC, OK  73120

NOTARY ACKNOLEDGMENT    PG.
6
OF
7

STATE OF ___Oklahahon___
STATE:

COUNTY OF ___Oklahoma___
COUNTY:

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED
BEFORE ME ON THIS DATE
___December___ ___22___, ___2021___
DAY AND MONTH:   72/12  YEAR: 21

BY ___CHARLES A. SYRUS JR:___
     PLAINTIFF (PL)s PRINT NAME                    ,

THE PLAINTIFF (PL) ___Charles A. Syrus Jr:___
                    SIGNATURE:

WHO CAME BEFORE ME PERSONAHY, AND
UNDER OATH, STATED THAT HE IS THE
PERSON DESCRIBED IN THE ABOVE
DOCUMENT AND HE SIGNED THE ABOVE
DOCUMENT IN HIM. I DECLARE
UNDER PENAITY OF PERJURY THAT THE
PERSON WHOSE NAME IS SUBSCRIBED
TO THIS INSTRUMENT APPEARS TO BE
OF SOUND MIND AND UNDER NO DURESS,
FRAUD, OR UNDUE INFLUENCE.

WITNESS ATTESTATION

PG 7
07
7

THIS DOCUMENT WAS ALSO SUBSCRIBED
AND SWORN TO BEFORE ME ON THIS
DATE:

BY _____, WITNESS.

NOTARY NAME: Michael Ellsperman

_____
NOTARY SIGNATURE
NOTARY PUBLIC
IN AND FOR THE COUNTY OF

_____ Oklahoma _____
STATE OF ___ Oklahoma ___

MY COMMISSION EXPIRES: 3-30-2024

_____
NOTARY SEAL:

Notary Public
State of Oklahoma
MICHAEL ELLSPERMAN
OKLAHOMA COUNTY
COMMISSION #12003213
Comm. Exp. 03-30-2024

RESPECTfully:

CHARLES A. SYRUS JR:
HUSBAND

ANNETTA F. SYRUS
Wife        DECEASED

PLAINTIFFS (PL)s

1025 N.W. 86th ST #101
OKLAHOMA, OK
                    73114-

(405) 436-9437 #cell

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,

Plaintiff/Petitioner -

Case No. CIV-12-678 D

v.

NATIONAL BASKETBALL
ASSOCIATION, et al.,

Defendant/Respondent -

JURISDICTION

PG 1-1

# U.S.C. TITLE 28 1331: JURISDICTION -

## 28 U.S. CODE 1331: - FEDERAL QUESTION.

THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ALL CIVIL ACTIONS ARISING UNDER THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES.

( JUNE 25, 1948,
CH. 646, 62 STAT.
930; PUB. )

RESPECTFULLY:

CHARLES A. SYRUS JR:
HUSBAND

ANNETTA F. SYRUS
WIFE      DECEASED

PLAINTIFFS (PL)s

1025 N.W. 86th ST # 101
OKLAHOMA, OK
                    73114-

(405) 436-9437 # cell

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR:
PLAINTIFF (PL)s
COMPLAINANT-(COMP)

V.

All ILLEGAL (RICO)
DEFENDANTS (DEF)s

CASE NO's.
CIV-12-678 D
CIV-19-504 D

JURISDICTIONAL FACTS

PG 1-3

JURISDICTIONAL FACTS

COMES NOW:

1  (PL) CHARLES A. SYRUS JR:

RESIDENT RESIDING IN THE
CITY AND STATE OF OKLAHOMA
AT; 10 25 N.W. 86TH ST #101
OKLAHOMA CITY, OK 73114
25 YEAR'S   (405) 436-9437 CELL#

A.  (DEF)s ET AL
(NBA) NATIONAL BASKETBALL ASSOCIATION
645 5TH AVE FLOOR 19
NEW YORK, NY 10022
(212) 407-8000

B.  (PBC) LLC PROFESSIONAL BASKETBALL
CLUB LLC
208 THUNDER DR.
OKLAHOMA CITY, OK
73102

JURISDICTIONAL FACTS
CONT:

C. (NBA) TEAM PLAYERS UNION
ASSOCIATION
1133 AVENUE OF AMERICAS
NEW YORK, NY 10036
(212) 655-0880

D. (NBA) GLOBAL ATTORNEY ET AL
LAW FIRMS WITH —
MC AFEE AND TAFT
211 N. ROBENSON 10TH FLOOR
TWO LEADERSHIP SQUARE
OKLAHOMA CITY, OK 73102
(405) 235-9621

RESPECTFULLY:

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:
HUSBAND

ANNETTA F. SYRUS
WIFE    DECEASED

PLAINTIFFS (PL)s

1025 N.W. 86TH ST #101
OKLAHOMA, OK
73114-

(405) 436-9437 #CELL

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR:
PLAINTIFF (PL)s
COMPLAINANT- (COMP)

CASE NO.
CIV-12-678 D
CIV-19-504 D

V.

All ILLEGAL (RICO)
DEFENDANTS (DEF)s

COMES NOW (PL)s

PG 1-3

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA


COMES NOW (PL)s

BY AND THROUGH PRO-SE
STATUSE; COMPLAINING AGAINST
ALL (DEF)S ALL PRO SPORTS AND
ENTERTAINERS CELEBRITY
STATUSE WITH WORLDWIDE GLOBAL
LAW FIRM ATTORNEYS GROUPS
OF PARTNERSHIPS IN BOTH
FOREIGN & DOMESTIC COUNTRYS
FRAUDULENT ENTRYS AS Follows,

ALL (DEF)S ENTRYS
BROKE FEDERAL GOVERNMENT LAW
& OKLAHOMA STATE LAW
COMMITING [ MORE ] THAN
534 COUNTS OF WANTING
8 1983 EXCESSIVE FORCE.

BROUGHT PURSUANT TO LAWS OF
THE UNITED STATES CONSTITUTION
CITED AUTHORITYS AND THE
JURISDICTIONAL LAWS OF THE
STATE OF OKLAHOMA AND
OTHER STATES OF THE UNITED
STATES AND OUTSIDE THE
UNITED STATES JURISDICTIONS,

COMES NOW (PL)s —

CONSIDERING
THE NBA'S
NATIONAL BASKETBALL
ASSOCIATION WITH
THE (PBC) LLC
PROFESSIONAL BASKETBALL CLUB
HAS PROFESSIONAL TEAMS
IN BOTH FOREIGN & DOMESTIC
COUNTRYS WHO RECEIVE
WORLDWIDE GLOBAL ATTENTION,
IN [MORE] THAN
121 DIFFERENT FOREIGN COUNTRYS,
WHO SPEAKS [MORE] THAN
47 DIFFERENT LANGUAGES,
SEASONALLY WITH [MORE] THAN
258 MILLION VIEWERS.

All (DEF)S ENTRYS [MADE]
      ABOVE THE LAW WITH
A SLAP IN THE FACE TO
JUSTICE VIOLATED ALL REDRESS
DEPRIVATIONS OF (PL)s
CIVIL LIBERTYS & CIVIL RIGHTS,
WITH ADMISSIONS - CONFESSIONS -
OMMISSIONS, ASSERTED TESTIMONYS
IN THE ABSENCE OF A SUMMONS
MISAPPROPRIATING FEDERAL GOV'T
PROPERTY WITH UNSWORN OATHS.

COMES NOW (PL)s

IN VIOLATION OF
A UNITED STATES MAGISTRATE
JUDGE AVAILABILITY
U.S.C. TITLE 28 SEC (636)(C)
AND LCVR 73.1

THIS JUDGE WAS NOT CHOSEN
WITH (PL)s CONSENT,
THIS JUDGE WAS CHOSEN BY
ALL (DEF)s ENTRYS CONSENT
AND EXPOSED (PL)s PRIVACYS,
DISCUSSING A PENDING -
IMPENDING - UP COMING CASE
# CIV-12-678 D) MATTER,
IN VIOLATION OF
U.S.C. TITLE 18 SEC (2) SEC
(371) AIDING & ABETING WITH
ACCOMPLICE & CONSPIRATORS
WILLFULLY VIOLATING
U.S. FED CODE (2315)
HIDING & CONCEALING DNA
EVIDENCE OF ALL CRIMES. WITH
FALSE LIGHT

20 MIN
WITH THE COURT OF JUSTICE
DOORS SEALED SHUT, WILL PROVE
ALL (PL)s FACTS WHEN 20 MIN
IS UP & ALL (DEF)s ARE CALLED
TO RISE & PROVE THEIR ENTRYS.

CHARLEY A. Syrus JR:
CHARLES A. SYRUS JR:
1025 N.W. 86TH ST #101
OKLAHOMA, OK
                73114
cell # (405) 436-9437

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

CHARLES A. SYRUS JR.

Plaintiff(s)

1  NBA-NATIONAL BASKETBALL ASSOCIATION
2  (PLC) LLC PROFESSIONAL BASKETBALL CLUB
3  NBA- TEAM PLAYERS UNITED ASSOCIATION
4  NBA GLOBAL ATTORNEY LAW FIRMS

Defendant(s)

Civil Action No. 12 - 678 D

( PL )s
REQUST A COURT DATE

PG 1-1

(PL)s
REQUEST
COURT
DATE:

(PL)s PLAINTIFF(S) ASK THE
COURT CLERKS
TO PLACE (PL)s ON A JUDICIAL
CALENDAR FOR ORAL ARGUMENTS
IN OPEN COURT WITH AN
OFFICIAL TIME AND DATE FOR
(PL)s APPEARANCE.

FOR : JUNE 14, TH 2022
4:30 PM FOR 20 min -

TO PROVE -

All (DEF)s ENTRYS [MADE]
ABOVE THE LAW WITH
A SLAP IN THE FACE TO
JUSTICE, OVER NIGHT AT 1ST LIGHT,

JUNE 15 TH, 2012
8:30 AM
WITHOUT ONE JUDGE OR
DEPUTY COURT CLERK
SIGNATURE'S,
SIGNED, TENDERED OR
ENDORSED ON A
FEDERAL WARRANT, SUMMONS,
OR SUBPOENA, ORDERING - OR
DEMANDING All 97.8 Billion
ILLEGAL (RICO) (DEF)s ENTRYS,
OVERNIGHT AT 1ST LIGHT.

RESPECTFULLY:

CHARLES A. SYRUS JR.
HUSBAND

ANNETTA F. SYRUS
WIFE      DECEASED

PLAINTIFFS (PL)S

1025 N.W. 86TH ST #101
OKLAHOMA, OK
73114-
(405) 436-9437 # CELL

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR:
PLAINTIFF ( PL)s
COMPLAINANT- (COMP)

                CASE NO's.
    V.          CIV- 12 - 678 D
               CIV- 19 - 504 D

All ILLEGAL (RICO)
DEFENDANTS ( DEF)s

_____

(PL)s

REQUEST ORAL ARGUMENTS
_____

PG 1

PURSUANT TO FEDERAL RULE OF
THE INTERNAL OPERATING
PROCEDURES ("IOP") OF
THE UNITED STATES COURT,

(PL)s RESPECTFULLY REQUEST
THIS COURT ROOM FOR
ORAL ARGUMENTS FOR

20 MINUTES -

THIS CASE SATISFIES THE COURTS
FEDERAL RULE OF INTERNAL
OPERATING PROCEDURES FOR
ORAL ARGUMENTS INVOLVING
ALL (DEF)s ENTRYS
[MADE] ABOVE THE LAW   WITH
A SLAP IN THE FACE TO
JUSTICE CLEARLY SEEN & VIEWED
ON FEDERAL DOCKET
CASE # CIV- 12- 678 D
TO CLARIFY ALL POINTS OF (PL)s
FACTS ORAL ARGUMENTS WONT
BE IN ERROR BUT COMFORT &
BALANCE   -   ALL CONCERNS.

CHARLES A. SYrus JR:
CHARLES A. SYRUS JR:
1025 N.W. 86TH ST #101
OKLAHOMA, OK
73114
CELL # (405) 436-9437

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR:
PLAINTIFF (PL)s
COMPLAINANT-(COMP)

CASE NO".
V.                              C2V-12-678 D
                                C2V-19-504 D

All Illegal (RICO)
DEFENDANTS (DEF)s

BROADCAST NEWS CAMERAS

PG 1-1

PG
1
O7
1

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA


BROADCAST NEW'S CAMERA'S


(PL)s ASK THE COURT TO
   GRANT AND ALLOW ALL
BROADCAST NEWS CAMERAS
IN THE WESTERN DISTRICT OF
OKLAHOMA TO SHOW THE WORLD
IN 20 MIN -
WHEN ALL (DEF)s ILLEGAL (RICO)
GROUPS OF PARTNERSHIPS WITH
WORLDWIDE GLOBAL DOMESTIC &
FOREIGN COUNTRY PROFESSIONAL
LAW FIRM ATTORNEYS ARE
CALLED TO RISE,

ALL PRO SPORTS- ENTERTAINERS WITH
ATTORNEYS WILL NOT BE ABLE
TO PROVE ALL (DEF)s [MADE]
LEGAL- LAWFUL OR CONSTITUTIONAL
ENTRYS, WITHOUT BEING [SERVED]
- NO DUE PROCESS - NO SUMMONS,
                   AND
[MADE] DE FACTO SHADOW DOCKET
ENTRYS WITH A SLAP IN THE FACE
TO JUSTICE, WITH INJUSTICE DELAYS.

RESPECTFULLY:

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:
HUSBAND

ANNETTA F. SYRUS
WIFE     DECEASED

PLAINTIFFS (PL)s

1025 N.W. 86th ST #101
OKLAHOMA, OK
                73114-

(405) 436-9437 #cell

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR.
PLAINTIFF (PL)s

V.

CASE # CIV-12-678 D

All ILLEGAL (RICO)
DEFENDANTS (DEF)s

(PL)s SWORN OATH

9 PAGES

PG
1
OZ
9

1 IN THE UNITED STATES
2 DISTRICT COURT FOR THE WESTERN
3 DISTRICT OF OKLAHOMA

4 ON A FEDERAL LEVEL
5 AS A MATTER OF LAW
6 UNDER THE LAW
7 WITH THE COURTS OF JUSTICE DOORS
8 SEALED SHUT-LOCKED-CLOSED.

9 (PL)s FEDERAL DOCKET
10    CASE # CIV-12-678 D
11    FILED THUR 6-14-2012
12    4:30 PM
13    IS STILL UNDER SWORN OATH;
14        FOR THE PURPOSE OF
15    IDENTIFICATION,

16 (PL)s ENTRYS WAS [MADE] WITH
17     A NOTORIZED WITNESS ATTESTATION
18     SWORN OATH,        AND  —
19     UNLESS THE ENTIRE UNITED STATES
20     FEDERAL GOVERNMENT JUDICIAL
21     SYSTEM MUNICIPAL ADMINISTRATION
22     OF JUSTICE
23     CHANGED SWORN OATH POLICES,

24 (PL)s FEDERAL DOCKET
25    CASE # CIV-12-678 D
26        ENTRYS   V. ALL ILLEGAL (RICO) (DEA)s
27 : "ENTRYS [MADE] ABOVE THE LAW"
28 IS STILL A VALID DEFENCE.

29  (PL)s ANNETTA T. SYRUS WIFE
30      (DECEASED) 5-30-2014


31  (PL)s CHARLES A. SYRUS JR:
32  SPEAKS FOR THE BEST INTEREST
33  OF (PL)s WIFE, ANNETTA T. SYRUS
34          SWORN OATH SOUL,
35          PLEA'S & CRY'S
36          OUT LOUD FOR
37          INDIVISIBLE & CIVIL LIBERTY'S
38          SWIFT LEGAL
39          SUPPORT, WHOSE -
40          SOUL'S COMPELLS (PL)s
41          TO SEEK JUSTICE.

42  AND - - - WHILE THE MATTER OF
43  IDENTITYS HAS AIREADY BEEN
44  ESTABLISHED WITH
45  MCAFEE & TAFT
46  PROFESSIONAL LAW FIRM ENTRYS
47  ON BEHALF OF ALL ILLEGAL (RICO)
48  ALL PRO SPORTS & ENTERTAINERS
49  CELEBRITY STATUSE,
50  SLAP IN THE FACE TO JUSTICE
51  [ MADE ] ABOVE THE LAW, WITH
52  NO SWORN OATH :" IS DUE PROCESS
53  IN CHARGE OF (DEF)s JUDICIAL
54  PROCEEDINGS?''     AS -
55  :" ILLEGAL (RICO) SIT'S ON THE
56      BENCH IN THE OPEN COURT OF
57      LAW WITH JUDICIAL GAVELS

58 (PL)S ENTRYS DULY. INFORMS
59        THE ENTIRE UNITED STATES
60        FEDERAL GOVERNMENT
61        JUDICIAL SYSTEM MUNICIPAL
62        ADMINISTRATION OF JUSTICE,

63 : DID NOT ONE IMPARTIAL JUDGE
64   OR                  PARTIAL JUDGE
65   (CHOSEN) WITH ILLEGAL (RICO)
66    ENTRYS; "ORDER - DEMAND - OR
67    INSTRUT," ALL (DEF)S TO
68   TAKE AN ADMINISTERED SWORN
69   OATH BEFORE TAKING THE
70   WITNESS STAND IN OPEN
71   COURT OF LAW, NOR DID
72   ALL (DEF)S RAISE NO RIGHT
73   HAND AS A MATTER OF LAW.

74 : "ALL (DEF)S WAS NOT HANDICAP
75   OR INCAPACITATED TO RAISE
76   LEFT HAND FROM INJURIES
77   & WAS PERSONALLY TREATED AS
78   PROFESSIONAL EXPERT WITNESSES
79   ON THE WITNESS STAND WITH
80   NO SWORN OATH'S, ALL FACTUALLY-
81   KNOWINGLY WILLFULLY- ARE SEEN-
82   INTENTIONALLY TESTIFYING WITH
83   SELF INCRIMINATION PERJURYS.

84 (PL)s ADMISSPBLE ADMINISTRED
85 SWORN OATH CAN - NOT BE
86 BOUND BY ALL (DEF)s ILLEGAL
87 (RICO) ENTRYS WHEN (PL)s
88 IS NOT PRESENT IN OPEN
89 COURT OF LAW WITH ALL (DEF)S,
90 [ESP] WHEN ALL ILLEGAL (RICO)
91 (DEF)s ARE NOT UNDER SWORN
92 OATH, ON A FEDERAL LEVEL
93         AS A MATTER OF LAW,

94 WITH NO SWORN OATH'S,
95 ILLEGAL (RICO) HAD A
96 ONE SIDE - PRE·TRIAL - CONFERENCE -
97 CONCLUSIVE - SUMMARY JUDGMENT-
98 ARBITRATION - PRELIMINARY HEARING
99 MEETING AGREEING TO
100 PLACE SO HELP YOU GOD
101 SWORN OATH'S, WITH -
102 INDIVISIBLE - CIVIL LIBERTY &
103 JUSTICE & THE ENTIRE JUDICIAL
104 SYSTEM IN A VERY DARK
105 CORNER IN DEPUTY CLERK VAULT,
106 WITH NO LIGHT - IN SIGHT, &
107 WITH RECORD SPEED, ILLEGAL
108 (RICO) STORMED & SWARMED
109 THE WESTERN DISTRICT OKLAHOMA
110 WITH NO AUTHORIZATION

111 ALL (DEF)s ILLEGAL (RICO) ENTRYS
112     [ MADE ] ABOVE THE LAW
113       WITH NO SWORN OATH —
114   CALL'S UPON — NO SOLEMN TRUTH
115 OF WHAT ONE TESTIFIED
116 IN OPEN COURT OF LAW ON
117 THE WITNESS STAND WITH NO
118     WITNESS OR FACTUAL
119 EXPERT ANNYLISIS SINCERELY
120 WITNESSING ALL (DEF)S
121 DO WHAT (DEF)s SAY
122 TESTIMONY'S & WITH
123 NO SWORN OATH OR SOLEMN
124 ATTESTATION OF THE TRUTH
125 ILLEGAL (RICO) AVOIDED
126 THEIR OWN SELF INCRIMINATIONS
127 CORROBORATING WITH NO
128 ADMINISTRED SWORN OATH &
129 COMMITTED [ MORE ] THAN
130 534 COUNTS OF CITED
131 AUTHORITY - HIGH FELONY CRIMES
132 & FELONIOUS CRIMINAL MISCHIEF
133 MISDEMEANORS WITH FORMS OF
134 UNSWORN EXPRESSIONS USED
135 IN TAKING AN OATH,
136 USING ENTRYS, "CARELESS ILLEGAL
137 ( RICO )" SACRED NAMES - MONEY -
138 IMAGES - TITLES - POSITIONS - POWER."

139 ILLEGAL (RICO) ENTRYS OVERTURNED
140 (PL)s CASE # CIV-12-678R, WITH
141     ALL THREATS [MADE]-
142 WITH NO SWORN OATHS,
143 THE ENTIRE JUDICIAL SYSTEM
144 CAN CLEARLY SEE ON
145 FEDERAL DOCKET CASE# CIV-12-678D
146 FRO 6-15-2012 ALL (DEF)s ENTRYS
147 [MADE] ABOVE THE LAW
148 WITH A SLAP IN THE FACE
149 TO JUSTICE,
150 ILLEGAL (RICO) ALLOWED &'
151 PREPARED ALL BENEFITS FOR
152 ILLEGAL (RICO) DEFENSIVE
153 INJUSTICE WHO DIRECTLY
154 RECOVERED WITH SPECIAL
155 TREATMENT BENEFITS WITH
156 NO DUE PROCESS, RECEIVED ---
157 JUDGMENTS- ORDERS- RULINGS-
158 CLAIMS- FAVORS- VERDICTS - & THE
159 UNITED STATES "MERETS"
160 BOARD OF PROTECTIONS, WITH
161 UNITED STATES "ACCOUNTABILITY"
162 BOARD OF PROTECTIONS & WILLFULLY
163 CREATED 9½ YEARS OF PEER
164 PRESSURE SHORTENING (PL)s
165 RIGHTS WITH NO PRIVILIAGES
166 AT ALL, USING JUDICIAL LEAK'S,

167 WITH NO SWORN OATH
168 ILLEGAL (RICO) ENTRYS DEVISED
169 ALL SCHEMES OF GRAVE
170 MALTREATMENTS & CRUELTY'S
171 PERFECTLY VIOLATING EVERY
172 CITED AUTHORITY RULE BOOK
173 OF LAW MUNICIPAL CODES,
174           PENAL CODES
175 REVISED PENAL CODES,
176 SUBSTITUTING SUPERIOR JUDICIAL
177 REPUTATIONS WITH CLOUDED
178 ERRADIC BEHAVIORS
179 COMPROMISING THE WILL OF
180 SUPERIOR JUDICIAL DUTY'S &
181 [ MADE ] (PL)S A LIABILITY, &
182 WITH NO PRICE OF
183 CONSCIOUSNESS,
184 VIOLATED ALL EVIDENCE CODES &
185      RUIN'ED JUDICIAL
186      REPUTATIONS &
187      JUDICIAL SECURITY TRUST.

188  ON A FEDERAL LEVEL,
189  AS A MATTER OF LAW
190  BEYOND A REASONABLE DOUBT,,,

191  : " WHEN AN ADULT,
192     18 YEARS OLD & OVER
193     COMMITS EVEN THE SMALLEST
194     MICRO INFRACTION OF A
195     HIGH FELONY CRIME OR
196     FELONIOUS CRIMINAL MISCHIEF
197     MISDEMEANOR,     AGAINST ---
198     THE ENTIRE UNITED STATES
199     FEDERAL GOVERNMENT JUDICIAL
200     SYSTEM MUNICIPAL
201     ADMINISTRATION OF JUSTICE,
202     IMPARTIALITYS - PRIVACYS -
203     CONFIDENTIALITYS - DUE PROCESS -
204     911 EMERGENCY ART (3)
205     UNITED STATES
206       FEDERAL GOVERNMENT
207                 ART (350)
208  REDRESS SAFETYS & PROTECTIONS
209  & EVERY RULE BOOK LAW
210  IN THE LIBRARY OF CONGRESS
211  INTERNALLY BREAKING FEDERAL
212  GOVERNMENT LAW WITH DE FACTO
213  JUDICIAL TECHNOCALITY INJUSTICE
214  LEAKAGES WITH SHADOW DOCKET
215  JUSTICE DELAY- JUSTICE DENIED
216  BETRAYING GOVERNMENT LAW,
217  ALL ADULTS GO TO PRISON WITH
218  FELONY CONVICTIONS & NO IMMUNITYS.

219 [ESP] ADULTS WHO USE
220 STRONG ARM JUDICIAL TECHNOCALITY
221 TRICKS AGAINST THE ENTIRE U.S.
222 JUDICIAL SYSTEM, USING JUDICIAL
223 LEAKAGE - HACKED - STOLEN -
224 EMBEZZLED - ROB - BURGULARIZED -
225 JUDICIAL COMPUTERS, ON
226 FEDERAL GOVERNMENT PROPERTY,
227 WITH A SLAP IN THE FACE TO JUSTICE IN
228 ANY UNITED STATES JURISDICTION
229 FEDERAL COURT OF LAW,
230 JUSTICE WILL GIVE ALL ADULTS
231 A. THE DEATH PENALTY,
232 B. ONE DAY IN PRISON, TO
233 C. NATURAL LIFE IN PRISON
234     WITHOUT THE POSSIBILITY
235     OF PAROLE, OR
236 D. ONE DAY - MONTH - OR
237     ONE YEAR IN PRISON -
238     FOR PAINS OF CONTEMPT.

239 THIS JUDICIAL SYSTEM WILL
240 PUT ALL ADULTS IN THE WORST
241 MAXIMUM SECURITY PRISON
242 IN UNITED STATES
243 JURISDICTIONS HISTORY.

244 All (DEF)s WANTED THIS, CIVIL WAR -
245         LET ME EXPLAIN - - - -

246
247
248
249

250

CHARLES A. SYRUS JR.
1025 N.W. 86 TH ST # 101
OKLAHOMA, OK  73114

CELL # (405) 436-9437

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,

Plaintiff/Petitioner -

v.

NATIONAL BASKETBALL
ASSOCIATION, et al.,

Defendant/Respondent -

Case No. CIV-12-678 D

---

JUDICIAL SWORN OATH

---

PG 1 - 1

PG I 07

U.S. JUDICIAL OATHS: 1

28 U.S. CODE § 453 -
OATHS OF JUSTICE AND JUDGES:

"I, _____, DO SOLEMNLY
SWEAR (OR AFFIRM) THAT I WILL
ADMINISTER JUSTICE WITHOUT
RESPECT TO PERSONS, AND DO
EQUAL RIGHT TO THE POOR AND
TO THE RICH, AND THAT I WILL
FAITHFULLY AND IMPARTIALLY
DISCHARGE AND PERFORM ALL THE
DUTIES INCUMBENT UPON ME AS
_____ UNDER THE
CONSTITUTION AND LAWS OF THE
UNITED STATES. SO HELP ME
GOD."

28 U.S. CODE § 453
(JUNE 25, 1948, CH, 646, 62 STAT.
907; PUB. L. 101-650, TITLE IV,
§ □ 404, DEC. 1, 1990, 104 STAT.
5124.)

RESPECTFULLY:

CHARLES A. SYRUS JR.
CHARLES A. SYRUS JR.

PLAINTIFF - (P)

1025 N.W. 86TH ST #101
OKLAHOMA, OK
73114-

(405) 436-9437 #CELL

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,

Plaintiff/Petitioner -

Case No. CIV-12-678 D

v.

NATIONAL BASKETBALL
ASSOCIATION, et al.,

Defendant/Respondent -

COURT CLERK OATH

1 - 2

COURT CLERKS OATH:

PG / OF
2

OATH OF OFFICE OF CLERKS
AND DEPUTIES -

EACH CLERK OF COURT AND
DEPUTIES SHALL TAKE THE FOLLOWING
OATH OR AFFIRMATION BEFORE
ENTERING UPON THEIR DUTIES:

"I, NAME, HAVING BEEN
APPOINTED _____, DO SOLEMNLY
SWEAR (OR AFFIRM) THAT I
WILL TRULY AND FAITHFULLY
ENTER AND RECORD ALL ORDERS,
DECREES, JUDGMENTS. AND
PROCEEDINGS OF SUCH COURT,
AND WILL FAITHFULLY AND
IMPARTIALLY DISCHARGE ALL
OTHER DUTIES OF MY OFFICE
ACCORDING TO THE BEST OF
MY ABILITIES AND UNDERSTANDING
. SO HELP ME GOD."

(6-25-1948, CH. 646,
62 STAT. 925.)

PG 207
2

COURT CLERKS CODE OF
CONDUCT: HANDBOOK...

5-2-16 - MOST FEDERAL
CIRCUIT JUDGES HIRE 3 OR 4
LAW CLERKS

RESPECTFULLY:

CHARLES A. SYRUS JR.

CHARLES A. SYRUS SR.

PLAINTIFF - (PL)

1025 N.W. 86TH ST #101

OKLAHOMA, OK

73114-

(405) 436-9457 #CELL

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,

Plaintiff/Petitioner -

Case No. CIV-12-678 D

v.

NATIONAL BASKETBALL
ASSOCIATION, et al.,

Defendant/Respondent -

COURT CLERK
OATH
MAGISTRATE

PG 1-2

COURT CLERK OATH:  PG 107
MAGISTRATE;  2

SERVING AS A LAW CLERK TO
A U.S. MAGISTRATE JUDGE -
FEDERAL...
① FBI - FINGERPRINT CHECK
FEDBAR > MAY JUNE > FEATURES >
SERVICE ... (DESIGNEE 3)
CALL COURT TO ORDER, ADMINISTER
OATHS, SWEAR IN WITNESS'ES, PARTICIPATE
IS REQUIRED TO TAKE THE
JUDICIAL OATH OR AFFIRMATION
PRESCRIBED BY 28. U.S.C.
§ 453 AND THE CONSTITUTIONAL

TYPICALLY, THE BROAD RANGE OF DUTIES.
ASSIGNED TO A LAW CLERK INCLUDES
CONDUCTING LEGAL RESEARCH,
PREPARING BENCH MEMOS, DRAFTING
ORDERS AND OPINIONS, VERIFYING
CITATIONS, COMMUNICATING WITH
COUNSEL REGARDING CASE
MANAGEMENT AND PROCEDURAL
REQUIREMENTS, PROOF READING
THE JUDGE'S ORDERS AND OPINIONS,
RESEARCH AND TRIAL MEMORANDA,
PERFORMING LEGAL ANALYSIS,

COURT CLERK OATH:          PG 207
MAGISTRATE:                 2

BRIEFING YOUR JUDGE ON VARIOUS
LEGAL ISSUES AND ASSISTING
THE JUDGE WHILE HE OR SHE
IS ON THE BENCH.

RESPECTFULLY:

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:

PLAINTIFF - (PL)

1025 N.W. 86th ST #101
OKLAHOMA, OK
73114-

(405) 436-9457 #.CELL

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,

Plaintiff/Petitioner -

v.

NATIONAL BASKETBALL
ASSOCIATION, et al.,

Defendant/Respondent -

Case No. CIV-12-678 D

COURT CLERKS CODE OF ETHICS

Pg 1-4

PG 107
4

## COURT CLERKS CODE OF ETHICS:

MUNICIPAL COURT CLERKS CODE OF
ETHICS. A PROFESSION HAS AN
OBLIGATION TO STATE IT'S BASIC
VALUES AND ETHICAL STANDARDS
FOR GUIDING THE CONDUCT OF
IT'S PRACTITIONERS. INDEED,
AN ETHICAL CODE OF CONDUCT
IS ONE OF THE SEVERAL
DEFINING CHARACTERISTICS
OF A PROFESSION.

MAINTAINING THE PUBLIC TRUST:
ETHICS FOR FEDERAL ... —
OSCAR
US COURTS (. GOV) > OSCART
ASSETS > ...

THE CODE OF CONDUCT FOR JUDICIAL
EMPLOYEES. THE CODE AP-PLIES TO
ALMOST ALL JUDICIAL EMPLOYEES,
INCLUDING JUDGES' PER-SONAL
STAFF, SUCH AS LAW CLERKS,
JUDICIAL ASSISTANTS, SECRETARIES,
COURT LAW CLERKS, & STAFF ATTORNEYS.
THE ETHICS REFORM ACT OF 1989
& THE JUDICIAL CONFERENCE

PG 2 OF
4

COURT CLERKS CODE OF
ETHICS:

REGULATIONS PROMULGATED UNDER
IT.

CODE OF CONDUCT FOR JUDICIAL
EMPLOYEES.

THE CODE OF CONDUCT FOR JUDICIAL
EMPLOYEES INCLUDES THE ETHICAL
CANONS THAT APPLY TO JUDICIAL
EMPLOYEES AND PROVIDES GUIDANCE
ON THEIR PERFORMANCE OF OFFICIAL
DUTIES AND ENGAGEMENT IN A
VARIETY OF OUTSIDE ACTIVITIES.

ETHICS CHECKLIST FOR FEDERAL
JUDICIAL LAW CLERKS, 26.
CONFIDENTPAILTY, 26.
CONFLICTS, 26.
CAUTION, 28.

All ETERNAL ETHICAL CODE OF
CONDUCTS WAS VIOLATED CHOOSING
& WANTING TO USE JUDICIAL
TECHNOCALITY LEAKAGES USING
HACK STOLEN EMBEZZLED JUDICIAL
PASS WORDS - PASS CODES - ACCESS CODES,
& JUDICIAL COMPUTERS.

PG3: 07
4

COURT CLERKS CODE OF
CONDUCT:

→ MAINTAINING THE PUBLIC TRUST:
ETHICS FOR FEDERAL JUDICIAL
LAW...
FEDERAL JUDICIAL CENTER (.GOV) CONTENT

IT COVERS TOPICS SUCH AS
CONFIDENTIALITY, CONFLICTS OF
INTEREST, POLITICAL ACTIVITIES,
→ ONLINE ACTIVITIES, AND "GIFTS",
AND INCLUDES EXAMPLES THAT
ILLUSTRATE CHALLENGES LAW
CLERKS MAY FACE.
IT ALSO HAS AN ETHICS
CHECKLIST FOR FEDERAL
JUDICIAL LAW CLERKS,
WHICH HELPS LAW CLERKS
IDENTIFY ETHICS PROBLEMS
THAT MAY ARISE.

COURT CLERKS CODE     PG 4 OF
CONDUCT OF HANDBOOK     4
3RD & 4TH EDITIONS

LAW CLERK HANDBOOK,
3RD EDITION - FEDERAL JUDICIAL
CENTER: (.GOV) 7 SITES...

DEC 18, 2017 TO HELP FAMILIARIZE
LAW CLERKS WITH THEIR ETHICAL
OBLIGATIONS, THE CENTER,
IN COOPERATION WITH THE JUDICIAL
CONFERENCE COMMITTEE ON THE
CODES OF CONDUCT AND THE
ADMINISTRATIVE OFFICE, HAS
PREPARED A PAMPHLET,
MAINTAING THE PUBLIC TRUST:
ETHICS FOR FEDERAL JUDICIAL
LAW CLERKS (4TH EDITION.2013).
(2002). FULL TEXT: 1 VOLUME
WASHINGTON: FEDERAL...(4-29-12).
HANDBOOK FOR CLERKS AND
JUSTICES.

HANDBOOK COVER: AMERICAN BAR...
CALVERT G. CHIPCHASE,
JUDGE ALVIN B. RUBIN

RESPECTFULLY:

CHARLES A. SYRUS JR.
CHARLES A. SYRUS JR.


PLAINTIFF - (PL)

1025 N.W. 86TH ST #101
OKLAHOMA, OK
73114-
(405) 436-9457 #CELL

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,

    Plaintiff/Petitioner -

v.

NATIONAL BASKETBALL
ASSOCIATION, et al.,

    Defendant/Respondent -

Case No. CIV-12-678 D

---

JUDICIAL
OATHS
ETHIC LAWS VIOLATED

PG 1-4

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

ARTICLE (2)
JUDICIAL OATH
ETHIC LAWS VIOLATED

WITH All (DEF)S ENTRYS [MADE]
ABOVE THE LAW WITH
A SLAP IN THE FACE TO JUSTICE
OVERNIGHT AT 1ST LIGHT
WITHOUT BEING [SERVED]
NO DUE PROCESS
NO SUMMONS
NO WARRANT OR SUBPOENA
[MADE] ENTRYS TESTIFYING
IN OPEN COURT OF LAW
ON THE WITNESS STAND
BEYOND All MEANS OF SCIENCE
GIVING FRAUDULENT EVIDENCE
AS A FACTUAL WITNESS WITH
All DEFINITIONS [MADE] ENTRYS
THROUGH JUDICIAL TECHNICALITY
LEAKAGES.

All (DEF)S FRAUDULENT ENTRYS
WITH BIAS & PREJUDICE [MADE]
MULTIPLE SOLEMN DECLARATIONS
WITH UNSWORN OATHS FOR
All PURPOSES OF ESTABLISHING
A FACTUAL WITNESS.

ARTICLE ( 2 )
JUDICIAL OATH


All (DEF)s FRAUDULENT ENTRY
    ANNALYSIS TESTIFIED
FALSELY WITH UNSWORN
STATEMENTS BASED WITH (DEF)s
FEDERAL DOCKET
CASE # CIV- 12-678 D
    PERSONAL KNOWLEDGE & BELIEFS
USING UNSWORN PRE-JUDICE ATTACKS
WITH JUDICIAL TECHNOCALITY
LEAKAGES TO DISCUSS A
PENDING - IMPENDING UP COMING
CASE AND MATTER, AT ALL (DEF)s
SPECIAL APPEARANCE ( S.A.). WITH
JUDICIAL TECHNOCALITY LEAKAGES
WEARING ALL (DEF)s NBA FINALS
TEE-SHIRT GARMENTS DURING
JUDICIAL BUSINESS HOURS WITH
JUDICIAL SECURITY CAMERA'S
AFFORDED EVIDENCE OF SCIENCE
PROVING ALL FORMS OF TESTABLE
EXPLANATIONS WANTING TO
BREAK FEDERAL GOVERNMENT LAW,
UNITED STATES CONSTITUTIONAL LAW,
CITED AUTHORITYS, ARTICLES,
AMENDMENTS, CANON LAWS,
JUDICIARY LAW, & CONGRESSIONAL
LAWS.

ART (2)
JUDICIAL OATH

All (DEF)s FRAUD & ENTRYS
VIOLATED ALL JURISDICTIONAL
RIGHTS OF THE ENTIRE
UNITED STATES FEDERAL
GOVERNMENT JUDICIAL SYSTEM
MUNICIPAL ADMINISTRATIONS OF
JUSTICE IMPARTIAL REPUTATIONS
USING ACCESS READY JUDICIAL
TECHNOCALITY LEAKAGES
OVERNIGHT AT 1ST LIGHT
VIOLATING ALL JURISDICTIONAL
PROCEDURE RULE BOOK LAWS AND
JURY AND NON-JURY PROCEDURES.

All (DEF)s ENTRYS USED
UNFAIR PARTIALITYS ABUSIVE
POWER WITH UNSWORN OATHS
CAUSED EVERY SUBSTANTIVE
CONSEQUENCE LISTED WITH ALL
FIVE SUMMARY JUDGMENTS AND
CLAIMS [ESP] USING
JUDICIAL TECHNOCALITY LEAKAGES
VIOLATING JUDICIAL PROCEDURES
  VIOLATING, DEPUTY CLERK OFFICE-
(ADDED APR. 30, 2007, EFF.
  DEC. 1, 2007.)

ART (2)
JUDICIAL OATH

JUDICIAL TECHNOCALITY LEAKAGES
WITH ALL (DEF)s BROKE EVERY
(F.R.CIV-P.) & LLVR PROCEDURE
OF CONSTITUTIONAL LAW USING
JUDICIAL COMPUTER PERSONAL
DATA BANK PROGRAM FILES.

IF THE COURT GRANT (PL)s
20 MINUTE REQUEST, IN (PL)s

SUMMARY JUDGMENT,
IT WILL CLEAR ALL FINDINGS OF
LAW PROVING ALL MATTERS OF
ENDORSEMENTS ALL (DEF)s ENTRYS
WAS NOT [ SERVED ] AND
ALL (DEF)s ENTRYS SHOULD BE
DELETED ON FEDERAL DOCKET
CASE # CIV-12-678 D
AND ALL THAT WILL BE LEFT IS
ALL (PL)s & THE ENTIRE
UNITED STATES FEDERAL GOV'T
JUDICIAL SYSTEM MUNICIPAL
ADMINISTRATIONS OF JUSTICE
IMPARTIAL PAINS - & SUFFERINGS.

HOW DID ALL (DEF)s RECEIVE
CASE # CIV-12-678 R WITHOUT BEING
[ SERVED ] ? [ ESP ] BEFORE ALL JUDGES?

RESPECTFULLY:

CHARLES A. SYRUS JR.
HUSBAND

ANNETTA F. SYRUS
WIFE     DECEASED

PLAINTIFFS (PL)s

1025 N.W. 86TH ST #101
OKLAHOMA, OK
              73114-

(405) 436-9437 # CELL

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR:
PLAINTIFF (PL)s
COMPLAINANT-(COMP)

                CASE No's.
      V.        CIV- 12-678 D
                CIV- 19-504 D

All ILLEGAL (Rico)
DEFENDANTS ( DEF)s

CURIAMS
AND
JUDICIAL CLOAK    PG 1-4

PG
I
07
4

CURIAMS
&
JUDICIAL CLOAK

JUDICIAL TECHNOCALPTY LEAKAGE
BRIBERY HACK - STOLE - EMBEZZIED -
ROB & BURGULARIZED IMAPARTIALITYS
OF THE ENTIRE UNITED STATES
FEDERAL GOVERNMENT JUDICIAL
SYSTEM MUNICIPAL
ADMINISTRATIONS OF JUSTICE USING -
JUDICIAL PASS WORDS -
JUDICIAL PASS CODES
JUDICIAL ACCESS CODES
JUDICIAL COMPUTER'S
MAIN UPLINK DATA BANK PROGRAMS
TO OBTAIN
FEDERAL DOCKET
CASE # CIV - 12 - 678 R - - -
PROTECTING ILLEGAL ( RICO ) ( DEF )s &
SHOULD BE HELD ACCOUNTABLE FOR
( PL )s INTENTIONAL INFLICTION OF
MENTAL & EMOTIONAL DISTRESS
PROVOCATIVE FRUSTRATING EFFORTS,
BECAUSE : "JUDICIAL TECHNOCALITY
LEAKAGE" WITH ILLEGAL ( RICO )
( DEF )s WANTED TO WILLFULLY
INHIBIT ALL DEVELOPEMENTS
BREAKING FEDERAL LAW.

JUDICIAL TECHNOCALITY LEAKAGE
CURIAMS
DE FACTO COURT USED-
DEFACTO SHADOW DOCKET
ENTRYS WITH PARTIAL
INJUSTICE - JUSTICE DELAY WITH
JUSTICE DENIED. OVERTURNING
CASE # CIV-12-678 R
DID NOT NARROW ILLEGAL (RICO)
(DEF)S UNSWORN OATH'S,
SPECIAL APPEARANCE (S.A.) OR
ASSERTED OPINION IN WHICH
JUDICIAL TECHNOCALITY
ACCEPTED ILLEGAL (RICO)
BRIBERYS FORMULIAC LANGUAGE
EXTINGUISHING ADMINISTERED
SWORN OATH- INDIVISIBLE-
CIVIL LIBERTYS - & JUSTICE FOR ALL
THE ENTIRE UNITED STATES FEDERAL
GOVERNMENT JUDICIAL SYSTEM
MUNICIPAL ADMINISTRATIONS OF
JUSTICE RIGHTS & PRIVACYS
WANTING TO CAUSE (PL)S
MENTAL INTENTIONAL INFLICTION
OF EMOTIONAL DISTRESS & WENT
THROUGH THE ENTIRE JUDICIAL
SYSTEM TO COMMIT WILLFUL ACTS,
WITH SELF INCRIMINATION
FRAUDULENT ENTRYS.

JUDICIAL TECHNOCALITY LEAKS USED
EXPANSIVE OPINIONATED
LANGUAGE         [MADE] WITH
NO ATTRIBUTED CHECK ON
JUDICIAL TECHNOCALITY FIDELITY
OF THE LAW ENABLING AU OF
(PL)s PRO SE STATUSE LEGAL
PROFESSION TO FORMULATE
ANY ACCURATE UNDERSTANDING
OF FUNDAMENTAL LAW, [ESP]
WITH JUDICIAL TECHNOCALITY
LEAKAGE HACKING - STEALING -
EMBEZZLING UNITED STATES
FEDERAL GOVERNMENT JUDICIAL
COMPUTER PROPERTY
CASE # CIV- 12-678 R   WANTING
TO USE       RETALITORY
SOLICITATION PROTECTIONISM
BRIBE TO INJURE THE ENTIRE
JUDICIAL SYSTEM & (PL)s
CIVIL LIBERTYS.


JUDICIAL TECHNOCALITY CURIAM
DECISIONS WITH ALL THREATS
[MADE] - WITH A SLAP IN
THE FACE TO CIVIL LIBERTY &
JUSTICE,       WANTED TO
TRESSPASS & WILLFULLY SNATCH THE
BLINDFOLD OF IMPARTIALITYS OFF
THE FACE OF JUSTICE - - - NOW -
STAINED WITH THE BLOOD OF
JUSTICE IN ILLEGAL (RICO)

HANDS MAKING DECISIONS WITH
JUDICIAL TECHNOCALITY LEAKAGE
FORMS WITH MORE THAN ONE
OPINION, WRITING & SIGNING
JUDICIAL ENTRY FORM SIGNATURES
ON THEIR FACE AND All (DEF)s ENTRYS
ILLEGALLY - UNLAWFULLY-
UNCONSTITUTIONALLY [ SERVED ] AU
JUDGES     WHO HAS NOT BEEN
[ SERVED ] NO DUE PROCESS,
         NO SUMMONS, .

ILLEGAL ( RICO ) (DEF)s
SELF INCRIMINATION FRAUDULENT
ENTRYS - APPEARANCES - OBJECTIONS
SIAP IN THE FACE TO JUSTICE
IS ABOVE THE LAW
OVERNIGHT AT 1ST LIGHT
PASSING JUSTICE BLINDFOLD OF
IMPARTIALITYS AROUND LIKE A
TRACK & FIELD BATON TO
GAIN ART ( 2 ) JUDICIAL
TECHNOCALITY LEAKAGE SPECIAL
FAVORS WITH OPINIONS.

All (DEF)s FRAUDULENT ENTRYS
ABOVE THE LAW [ SERVED ] All JUDGES
         CASE # CIV- 12-678 R.

(PL)s PRAY THE COURT GRANT
(PL)s 20 MIN REQUEST.

CHARLEY A. SYRUS JR:
CHARLES A. SYRUS JR:
1025 N.W. 86TH ST #101
OKLAHOMA, OK
                    73114
CELL # (405) 436-9437

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,

Plaintiff/Petitioner -

v.

NATIONAL BASKETBALL
ASSOCIATION, et al.,

Defendant/Respondent -

Case No. CIV-12-678 D

ETHICAL LAW

PG 1-20

ETHICAL LAW

PG 1 07
20

EXECUTIVE ORDER : 12731 office of gov ethics.
PURCELL VIOLATED①(PL)s PUBLIC
TRUST AND PURCELL'S LOYALTY
TO THE CONSTITUTIONAL LAW'S.
AND ETHICAL PRINCIPALS ABOVE
PRIVATE GAINS, FOR DET)s SAKE,
WITH A (S.A) AS (D=7)s ②③PURCELL
HELD (D=7)s FINANCIAL
INTEREST IN HAND THAT
INDEED ALLEGEDLY CONFLICTED
WITH PURCELLS CONSCIENTIOUS
PERFORMANCE OF DUTY. & PURCELL
(S.A) DID NOT PUT FORTH
NO HONEST EFFORT IN THE
PERFORMANCE OF HIS DUTIES.

→ PURCELL VIOLATED ALL
REGULATIONS ISSUED BY
THE U.S. OFFICE OF
GOVERNMENT ETHICS.
CODIFIED IN 5 C.F.R.
PART 2635 AS ETHICS LAW'S
APPLY TO ALL FEDERAL
EMPLOYEES AND CARRY
CRIMINAL PENALTIES FOR
NON-COMPLIANCE.

ETHICAL CODE

THEY SERVE AS A BASIS FOR
THE ETHICS REGULATIONS
KNOWN AS THE STANDARDS
OF ETHICAL CONDUCT FOR
EMPLOYEES OF EXECUTIVE
BRANCH, 5 C.F.R. PART 2635
5 U.S.C. 7301, 7351, 7353 5 U.S.C APP.
IN 2-12-17 MORE THAN
1.500 FEDERAL WORKER'S WERE
ACCUSED OF VIOLATING
GOV ETHICS RULES

PURCELL VIOLATED MORE THAN 14
GENERAL PRINCIPLES OF ETHICAL
CONDUCT 5 C.F.R § 2635.101
AND EXECUTIVE ORDER 12674
FOR GOVERNMENT OFFICERS AS
(DEF)s USED PURCELL IN VIOLATION
OF U.S. FED CODE 2315 TO
HIDE AND CONCEAL (DEF)s CRIMES
AS PURCELL DISCLOSED FRAUD
- VERBAL ABUSE AND CORRUPTION
TO (PL)s TO APPROPRIATE HIS
AUTHORITY / AUTHORITIES, WITH
COLLUSIONS, CORRUPTIONS, OBSTRUCTION OF
JUSTICE, DELAY, WITH PARTIALITYS.

ETHICAL CODE

PURCELL VIOLATED HIS
RESPONSIBILITY TO (PL)s AND
DID NOT RESPECT OR ADHERE
TO THE PRINCIPLES OF ETHICAL
CONDUCT'S. IN VIOLATION OF
5 CFR 2635.101 BASIC
OBLIGATION OF PUBLIC SERVICE

PURCELL VIOLATED HIS HONORABLE
JUDICIARY ROBE DISPENSED
IN THE U.S. DIST CT FOR THE
WESTERN DIST OF OKLAHOMA.

PURCELL DID NOT MAINTAIN OR
ENFORCE NO HIGH STANDARD
OF CONDUCT DURING (DEF)S ET AL
(S.A) ATTACKING (PL)s DISABILITY
RIGHTS IN VIOLATION OF (PL)s
14TH AMENDMENT EQUAL PROTECTION
RIGHTS, WITH COLLUSIONS.

PURCELL VIOLATED ETHICAL
CANONS THAT APPLY TO FED
JUSTICES & FAILED OFFICIAL
DUTIES, WITH ART (2)
COGNIZABLE JUDICIAL MISCONDUCTS.

ETHICS CODE

PG 4 of 20

5  PURCELL AS A U.S. MADG
JUSTICE DID NOT REFRAIN
FROM HIS EMOTIONAL-
PERSONAL POLITICAL BIASES
WITH (DEFS) (S.A) ACTIVITY
AND VIOLATED ALL U.S.
CONSTITUTIONAL FED & STATE
COMPLIANCES WITH THE
CODE OF CONDUCT'S IN
APPLICABLE DATES OF
COMPLAINTS & COMPLIANCE OF
(PL)s CLAIMS.

→  CHAIR, COMMITTEE ON CODES OF
CONDUCT C/O GENERAL
COUNSEL ADMINISTRATIVE
OFFICE OF THE UNITED STATES
COURTS THURGOOD MARSHALL
FEDERAL JUDICIARY BUILDING
ONE COLUMBUS CIRCLE, N.E.
WASHINGTON, D.C. 20544
(202) 502-1100

PURCELL ACTED IN FAVOR WITH
(DEF)s (S.A) AND CAUSED (PL)s
FEAR'S & DID NOT COMPLY TO
LAW'S BECAUSE (DEF)s ARE
PUBLIC FIGURES AND (PL)s
ARE 2 ILL-WILL (A.W.N) AND
INDIGENT ON FOOD STAMP'S
& PURCELL VIOLATED U.S. FED
CODE 2315 TO HIDE & CONCEAL
(DEF)s CRIMES AND COUNTERFEITING:
FORGERY'S OF U.S. FED & STATE GOV SEALS.
PURCELL VIOLATED (PL)s PUBLIC
CONFIDENCE AND THE
IMPARTIALITY OF PURCELL'S
JUDICIARY PRACTICES,
CONVERSELY, IN VIOLATION
OF U.S. FED CODE 2315
DEMINISHED (PL)s PUBLIC
CONFIDENCE IN PURCELL'S
JUDICIARY CONDUCT THAT
MENTALY INJURED (PL)s
UNDER PURCELL'S SYSTEM OF
GOVERNMENT UNDER LAW,
JUSTICE PURCELL LCVR 73.1 & U.S.C. 28 636(C)
VIOLATED A U.S. MAGI JUSTICE AVAILABILITY
WITH COLLUSIONS, CORRUPTIONS & CLAIMS.

PURCELL VIOLATED ALL RULES OF
REASON GRANTING (DEF)s A
(S.A) AND NOT (PL)s AND
PURCELL VIOLATED ALL APPLIED
AND LISTED CONSTITUTIONAL
AMENDMENT AUTHORITIES AND
REQUIREMENTS - STATUTES, ARTICLES
OF OTHER COURT RULES AND
DECISIONAL LAW BY NOT
GRANTING (PL)s A (S.A). BY
ALL CONTEXT OF RELEVANT
CIRCUMSTANCES, AND
IMPINGED ON DECISION
MAKING ABILITIES.

PURCELL SHOULD RECUSE HIMSELF
& STEP DOWN AS A JUDGE
WHO USE BIAS CONDUCT UNDER
ANY JUDICIAL COUNCILS
REFORM FOR VIOLATING
ALL JUDICIAL CONDUCTS
AND (PL)s DISABILITY ACT's
OF 1980 (28 U.S.C. §§
332 (D) (1), 351 -364.
ATTACKING (PL)s DISABILITIES WHEN (DEF)s
WAS NOT SERVED NO SUMMONS.

ETHICS CODE

PURCELL NEED DISCEPLINARY
ACTION APPROPRIATE TO BEING
DIS-BARRED BY THE DEGREE
OF ALL CONSPIRING VIOLATIONS
OF (DEF)s WHO ALSO NEED
TO BE DISCEPLINED BY
REASONABLE APPLICATION OF
THE TEXT OF THEIR (S.A)
IN VIOLATIONS OF A UP-
COMING LITIGATION
PROVEN BY ALL FACTORS OF
PURCELLS CONFESSION'S OF
WRITTEN BIASED WORDS
THAT PROVES & SHOW'S THE
UNLAWFUL AND BIASED
SERIOUSNESS OF PURCELLS
AND (DEF)s IMPROPER
ACTIVITIES, & INTENT
OF PURCELL VIOLATION
OF U.S. FED CODE Z315
TO HIDE & CONCEAL (DEF)s
UNLAWFUL NBA CRIMINAL
LIBRARY PATTERNS HISTORY
OF VIOLATIONS USING
PURCELL'S IMPROPER ACTIVITY
PIERCING JUDICIARY LAW.

ETHICS CODE

PG 8 07
20

PURCELLS PARTIAL BIAS
HAS EFFECTED (PL)s
(A.W.D.) RIGHTS ETC. AND
MENTAL STANDARDS CAUSING
A OVEREXTENDED DELAY
BY DIVIDING THIS MATTER
AND NOT SOLVING NOTHING
AS (DEF)s ALLEGEDLY CONTINUED
TO MAKE PROFITS PALMING
OFF (PL)s U.S. FED & STATE
PROPERTY RIGHTS.  PURCELL
WITH (DEF)s VIOLATED (PL)s
AND THE JUDICIAL SYSTEM.

PURCELL IN GENERAL TERMS
ATTACKED (PL)s DISABILITIES
CAUSING FURTHER CIVIL
LIABILITIES FOR CRIMINAL
PROSECUTIONS, AS PURCELL AND
(DEF)s (S.A) WAS USED AS
A (RICO) TACTICAL
ADVANTAGE AGAINST (PL)s.

HOW COME (PL)s CAN'T
HAVE OR REQUEST A (S.A)
3 AS (DEF)s VIOLATING (PL) 14TH

ETHICS CODE

AMENDMENT EQUAL PROTECTION.

PURCELL DID NOT AVOID (DEF)S
OR HIS OWN IMPROPRIETIES
OR PURCELLS APPEARANCE OF
IMPROPRIETY IN THIS
CASE OR ACTIVITY.

PURCELL DID NOT HAVE
NO RESPECT FOR THE LAW
OR (PL)s : GRANTING (DEF)s
A (S.A) IN REGARDS TO
A UPCOMING LITIGATION.

PURCELL USED OUTSIDE
INFLUENCE AND ALLOWED
(DEF)s SOCIAL - POLITICAL
PUBLIC FIGURE INFLUENCE :
AND (DEF)s FINANCIAL
RELATIONSHIP TO INFLUENCE
PURCELLS JUDICIAL MIS-CONDUCT
AND JUDGEMENT.

WHY CANT (PL)s HAVE A (S.A)
? WITH WESTERN DISTRICT CHIEF
JUSTICE ?

ETHICS CODE

PG 10 07
20

PURCELL AS A CONSPIRATOR
IN VIOLATION OF U.S. FED
CODE 2315 LENT THE (DEF)s
THE PRESTIGE OF PURCELL'S
JUDICIAL OFFICE WITH A
(S.A) TO ADVANCE PURCELL'S
PRIVATE INTERESTS WITH
SEVERE BIASED RED ZONE
AUTHORITIES AND PERMITTED
THE (DEF)s TO CONVEY
THE IMPRESSION THAT
THE (DEF)s POWER OF THE
NBA NATIONAL BASKETBALL
ASS-O-CIATION. NBA
COMMISSIONER ADAM SILVER
AND THE NBA'S (PBC) LLC
PROFESSIONAL BASKETBALL CLUB
BOARD OF GOVERNOR'S 30
GROUP'S OF PARTNERS AND
THE NBA TEAM PLAYER'S
ASSOCIATION ARE ALL IN
A SPECIAL POSITION THAT
INFLUENCE PURCELL TO
ATTACK (PL)s INDIGENT (A-W-D)
RIGHT'S AS MY WIFE DIED
IN MY ARM'S WHILE SUFFERING

ETHICS CODE

PG 11 of
20

THROUGH PURCELL'S BUSINESS TONES
AND (DEF)'s @ TRADEMARKS
CRIMES UNLAWFULLY AND
ILLEGALLY ON (PL)'s PROPERTY
RIGHT'S.: COUNTERFEITING U.S. FED &
STATE GOV SEALS: USING (DEF)'s @ MARKS.
PURCELL RED ZONED BIAS
AUTHORIZES ACTING AS (DEF)'s
ATTORNEY AND (DEF)'s TESTIFY-
ING CHARACTER WITNESS
DISCRIMINATED AGAINST
(PL)'s RIGHTS AND HOLD
(DEF)'s ASS-0-CIATION
MEMBERSHIP'S & PRACTICES
IN GOOD WILL STANDARDS
GRANTING (DEF)'s A (S.A) &
NOT THE (PL)'s : PURCELL'S
ONLY INTENTS WAS TO USE
ANY AND ALL UNLAWFUL
INVIDIOUS DISCRIMINATION
PRACTICES AGAINST (PL)'s
(A.W.D) & OUR (PL)'s INDIGENT
RACE VERBALLY ABUSING (PL)'s
WITH RED ZONE SLAVE MASTER
BIAS ON BEHALF OF (DEF)'s.
TO HIDE & CONCEAL (DEF)'s COUNTERFEITINGS.

PURCELL - THE (DEF)s AND (PL)s
APPEARANCE PROVES PURCELL &
(DEF)s IMPROPRIETY OCCURED
ON BIAS BASIS : AS (PL)s
AND OTHER'S REASONABLE
MINDS KNOWS THE FULL
EXTENT OF A (S.A).

(PL)s KNOWLEDGE OF ALL
RELEVANT CIRCUMSTANCES
DISCLOSED BY PURCELL'S RED
ZONE WORDS & (DEF)s G.A)
IS PURCELL & (DEF)s SWORN
CONFESSION'S WHICH SHOULD
CONCLUDE THAT PURCELL'S
HONESTY - INTEGRITY-
IMPARTIALITY, TEMPERAMENT
& FITNESS TO SERVE AS A
U.S. MAGG JUSTICE IS
IMPAIRED, BY THE (DEF)s
CRIMINAL LIBRARY INFLUENCES

(PL)s CONFIDENCE AS A
REGISTERED VOTER IN PURCELLS
JUDICIARY PRACTICE IS
ERODED BY IRRESPONSIBLE

ETHICS CODE                    PG 13 of
                                 20

AND IMPROPER CONDUCT OF
PURCELL.

"HOW COME (PL)s CAN'T HAVE
OR REQUEST A (S.A) AS (DJ)s
AND HAVE THE SAME 14TH
AMENDMENT EQUAL RIGHT
PROTECTION?"

PURCELL VIOLATES BOTH
PROFESSIONAL AND EMOTIONAL
PERSONAL CONDUCT OF A
JUSTICE, AND CAUSED MISSELF
FURTHER SUBJECT OF CONSTANT
PUBLIC SCRUTINY WITH (DJ)s
(S.A) & NOT THE SAME TO (PL)s
VIEWED AS A BURDENSOME ACT
TO (PL)s, AND MENTALLY
HARMFUL TO (PL)s

PURCELL'S (S.A) SHOULD BE
PERCEIVED AS AN OFFICIAL
TESTIMONY FOR THIS UNUSAUL
CIRCUMSTANCE ENTRY  V. ENTRY'S
AS THIS DEMAND OF JUSTICE
REQUIRES A SUMMONS.

PURCELL DID NOT AVOID LENDING THE PRESTIGE OF HIS OFFICIAL OFFICE TO ADVANCE THE (DEF)s ONE-SIDED (S.A) AND PRIVATE INTEREST AGAINST (PL)s, BY ATTACKING (PL)s (A. WOD) RIGHTS.

PURCELL ALLEGEDLY USED HIS JUDICIAL POSITION AND TITLE TO PIERCE THIS JUDICIARY'S VEIL OF JUSTICE TO GAIN ADVANTAGE IN LITIGATION INVOLVING THE (DEF)s AS AN EMOTIONAL PUBLIC FIGURE AND THE NBA COMMISSIONER AS A FRIEND ACTING AS THOUGH THE NBA BASKETBALL ASSOCIATIONS COMMISSIONER "ADAM SILVER" & THE NBA'S (PSC) LLC & THE NBA TEAM PLAYERS ASSOC ARE MEMBERS OF PURCELLS FAMILY, WITH INJUSTICE FEDERAL HATE CRIME COLLUSIONS, CORRUPTIONS, OBSTRUCTIONS OF JUSTICE, DELAY, DENIED.

ETHICS CODE                    PG 15 07
                                  20

PURCELL AND (DEF)s WORDS ACT
LIKE THEY ARE BOTH IN
CONTRACT'S FOR PUBLICATION
FOR PUBLICIZING (PL)s WORKS
BY PURCELLS BIAS WRITINGS,
AS PURCELL WHO HAD FULL
CONTROL OVER THIS MATTER
WAS NOT SLEEPING : BUT
USED FALSE LIGHT OVER
THE (DEF)s CONTINUED PALMED
OFF (PL)s WORKS AND CAUSED
(DEF)s ALLEGED INTENT'S AND
EXPLOITATIONS TO USE PURCELLS
OFFICE, IN OPEN COURT OF LAW.

PURCELL'S SLAVE MASTER TONE'S
WAS NOT SENSITIVE USING
VERBAL ABUSE RED TONE
AUTHORITIES OF THE PRESTIGE
OF OFFICE.

PURCELL AND (DEF)s (S.A) USED
(DEF)s NBA ASSOC TO PRACTICE
INVIDIOUS DISCREMINATION
TOWARDS (PL)s (A.W.A.) RIGHT'S
GIVING RISE TO ALL

PRECEPTIONS THAT THE (DEF)S
CONFUSIONS AND CONTROVERSIES
ALSO. IMPAIRED PERCEU'S
IMPARTIALITY.

HOW COME (PL)S CANT HAVE
A (S.A) ?

PURCELL CHOSE (DEF)S BECAUSE
OF (DEF)S POWER AND STATUSE
OVER (PL)S DISABILITY: THATS
WHY PURCELL ATTACKED (PL)S
(A-W.D) RIGHTS, AND : BECAUSE
(DEF)S NBA BASKETBALL ASSOC
AND THE NBA COMMISSIONER &
(PBC) LLC 30 GROUPS IS DEDICATED
TO THE PRESERVATION OF A
NEW NBA BASKETBALL TEAM
HERE IN OKC, & PURCELL
VIOLATED HIS ETHNIE &
CULTURAL VALUES OF LEGITIMATE
COMMON INTEREST TO THE
(DEF)S NBA COMMISSIONER
"ADAM SILVER" &(PBC) LLC 30
GROUPS & NBA TEAM PLAYERS
ASSOC: WHO CONTINUED ALL COUNTERFEIT'S.

ETHICS CODE                    PG 1707
                                20

PURCELL KNOWS BY ALL FACT'S
(PL)s HAS (A.W.D) AND (PL)s
ARE EFFECTED WITH BLINDNESS
LIMITATIONS AND PURCELL
WITH (DEF)s VIOLATES (PL)s
U.S. FED & STATE
CONSTITUTIONAL RIGHTS.

PURCELL IS AWARE OF THE
SIZE AND NATURE OF (DEF)s
NBA BASKETBALL ASSOC & (DEF)s
NBA (PBC)LLC 30 GROUPS OF
PARTNERS BOARD OF GOV.
AND THE DIVERSITY OF
(DEF)s & (PBC)LLC LOCALE
WHO' ARE CONSIDERED TO BE
POTENTIAL MEMBER'S OF (ASC)
& (DEF)s: (WORLDWIDE PUBLIC FIGURES).

PURCELL AND (DEF)s ALLEGEDLY
DISCRIMINATED AGAINST (PL)s
INVIDIOUSLY BECAUSE OF
(PL)s ABSENCE DURING (DEF)s
(S.A).& EXCLUDED (PL)s BASED
ON (PL)s RACE & (A.W.D) KNOWING
(PL)s COULD NOT PAY FOR COURT.

ETHICS CODE

PURCELL IN VIOLATION OF (PL)S
CLAIMS GRANTED TO ARRANGE
A (S.A) MEETING WITH DEFS
WHEN PURCELL & (DEF)S KNEW
PRACTICES OF INVIDIOUS
DISCRIMINATION OF (PL)S RACE
AND DISABILITIES WAS GOING TO
BE THEIR MAIN TOPIC, TO STOP
(PL)S ® TRADEMARK FILINGS. TO PROVE
(DEF)S COUNTERFEITED U.S. FED & STATE GOV SEALS.
PURCELL KNOWINGLY APPROVED
ALL ACTS OF INVIDIOUS
DISCRIMINATION ON BASIS OF
PURCELL & (DEF)S APPEARANCE
OF IMPROPRIETY WHICH
DIMINISHED (PL)S PUBLIC
TRUST AND CONFIDENCE IN
THE INTEGRITY & IMPARTIALITY
OF PURCELL'S JUDICIARY
METHODS, IN VIOLATIONS
LISTED. (DEF)S ET AL CONTINUED.

PURCELL NEED TO RESIGN
IMMEDIATELY AS HIS OFFICE
DID NOT ADHERE TO LEGAL
IMPARTIALITIES OF LAW.

ETHICS CODE

PURCELL WAS SWAYED BY (DEF)S
AND BY PARTISAN INTEREST,
PURCELL DED NOT MAINTAIN
ORDER AND HEARD (DEF)S
MATTERS ONLY - ORALLY WITH
NO ORAL ARGUMENT FROM
(PL)S : HIDING (DEF)S COUNTERFEITS : FORGERYS.

PURCELL WAS NOT PATIENT,
DIGNIFIED OR RESPECTFUL
TO (PL)S AFTER (DEF)S BIASED
(S.A) VIOLATING U.S. COURT'S FED SEAL'S.

PURCELL MIND & RULINGS WAS
ALREADY MADE UP DURING
(DEF)S (S.A) AS (PL)S FELT THE
PAIN & SORROW OF PURCELLS
UNOFFICIAL CAPACITY. SO (PL)S
SIMILAR CONDUCT IS LIKE
PURCELL'S AND (DEF)S
            CREATED CONTROLS
CONSISTENT WITH THEIR ROLES
IN THEIR (S.A) PROCESS,
BREAKING FEDERAL GOVERNMENT LAW
WITH A SLAP IN THE FACE TO
INDIVISABLE - CIVIL LIBERTY - JUSTICE - GOD -

ETHICS CODE

PG 20 07
2.0

PURCELL WITH THE (DEF)s MINDS
WAS ALREADY MADE UP & PURCELLS
RULINGS DID NOT WANT TO
HEAR NOTHING FROM (PL)s
AFTER THEIR (S.A), IN WHICH
(PL)s WAS ACCORDED NO
IMPARTIAL LAW BY PURCELLS
RED VERBAL ABUSIVE ZONE'S.

→ PURCELL IN VIOLATIONS SET
FORTH IN (PL)s CLAIMS &
COMPLAINT & ALL LISTED
VIOLATIONS :         WITH
THE (DEF)s INITIATED ALL
UNLAWFULNESS, & PURCELL
PERMITTED (DEF)s CONSIDERATION
→ FOR EX PARTE COMMUNICATIONS
CONCERNING A PENDING OR
IMPENDING MATTER THAT
WAS MADE OUTSIDE THE
PRESENCE OF THE (PL)s
WITH (DEF)s & PURCELL (S.A.).

THIS WAS (PLS ART (3) EMERGENCY.
PURPOSE & (DEF)s ADDRESSED
ALL SUBSTANTIVE MATTER'S.

RESPECTFULLY:

CHARLES A. SYRUS JR.
HUSBAND

ANNETTA F. SYRUS
WIFE      DECEASED

PLAINTIFFS (Pls)s

1025 N.W. 86th ST #101
OKLAHOMA, OK
                73114-

(405) 436-9437 #CELL

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR:
PLAINTIFF (PL)s
COMPLAINANT- (COMP)

             V.

             CASE NO's.
             CIV- 12-678 D
             CIV- 19-504 D

All ILLEGAL (RICO)
DEFENDANTS ( DEF)s

IMMUNITY

             PG 1-13

PG
1
OF

13

IMMUNITY

BEYOND A REASONABLE DOUBT :
(DEF)s ET AL CRIMES HELD VITAL
       INFORMATION FROM (U.S.C.A. 10ᵗʰ CIR).

WHEN THE FUNCTION OF VIOLATING
(F.R. CIV-P.) ARE THE SAME,
THE IMMUNITY THAT PROTECTS
THEM IS ALSO THE SAME FOR
IMPEACHMENTS VIOLATING FEDERAL
TESTING PROCEDURES ALLOWING
(DEF)s TO PROCEED WITHOUT
       APPROVALS OF SUMMONS,
WARRANTS, SUBPOENAS, WRITS, .

JUDICIAL TECHNICALITY LEAKS WITH
U.S. MAGISTRATE JUDGE PURCELL,
ADMISSIONS AND CONFESSIONS
"(DEF)s WAS NOT SERVED"
OVERNIGHT AT FIRSTLIGHT
THUR 6-14-12 4:30ᴬᴹ  FRI. 6-15-12 8:30ᴬᴹ
SHOULD BE AN INTEGRAL PART
OF THE
ENBANC PANEL OF JUSTICES
JOB'S AND MAY SERVE A VITAL
PUBLIC SERVICE FOR IMPARTIAL
       JUDGMENTS, AGAINST (DEF)s.

JUDICIAL TECHNICALITY LEAKS HAD NO
RESPECT OF (F.R. CIV-P.) OR LCVR'S
SEEN ON U.S. FEDERAL DOCKET AND
DOCUMENT CASE # C5Y-12-678 D USING
DEFACTO SHADOW DOCKET PARTIAL ENTRYS.

IMMUNITY

ANY U.S. JUDGE ADMISSIONS, WITH
CONFESSIONS, COLLUSIONS, CORRUPTIONS,
EXTORTIONS, IS NO DIFFERENT
THAN OTHER JUDGES WHO ABUSE
THEIR POSITIONS OF POWER, OR
ANY POLITITION OR ATTORNEY,
OR ANY U.S. PUBLIC OFFICER
WHO WILLFULLY MISAPPROPRIATES
U.S. FED GOV'NT PROPERTY,
OR ANY EXECUTIVE OFFICIAL
VIOLATING LCVR PROCEDURE.

QUALIFIED IMMUNITY IS NOT
THE NORM FOR U.S. MAGI JUDGE
GARY PURCELL

ONLY, FIRED,
RECUSAL'S, IMPEACHMENTS,
WITH NO RETIREMENT'S.

IMMUNITY

BOTH U.S. JUDGES, U.S. COURT
CLERK, WITH (DEF)s PROFITED
OFF (DEF)s SPECIAL APPEARANCE
(HEREINAFTER) (S.A.).

(DEF)s ET AL RECEIVED ALL
        FAVORS, CLAIMS,
ATTACKING (PL) ART (81)
LOVES AND AMERICANS WITH
DISABILITIES RIGHTS (HEREINAFTER)
(A.W.D.) WITH (DEF)s
ILLEGAL (RICO) ENTRY'S AND
APPEARANCES IN THE ABSENCE
OF A SUMMONS: "DIRECTED PARTIAL
JUDGE'S PRESENCE" WITH CRYSTAL
CLEAR ILLEGAL (RICO) ENTRY'S
FACILITATING (PL) REMOVAL WITH
FEAR AND RECKLESS BEHAVIORS
SEEN WITH MULTIPLE CASCADING
SET'S OF FAILURES, [ESP] (F.R.CIV-P.).

A    U.S. JUDGE MAY BE
FORCED TO PAY MONETARY
DAMAGES FOR NOT CONDUCTING
A LEGAL INVESTIGATION WITH
(DEF)s ET AL OVERNIGHT AT
        FIRSTLIGHT UNSWORN OATHS
DURING (DEF)s ET AL (S.A.).

IMMUNITY

PG
4
OF
13

(PL) DEMAND THE ENTIRE JUDICIAL
SYSTEM JUSTICES SEE THIS CASE
AND MATTER AS A CRIMINAL
CRIME BY WHAT WAS SAID
BY ALL ADMISSIONS AND
CONFESSIONS, OMISSIONS,
BEYOND A REASONABLE DOUBT
ON U.S. FED DOCUMENTS C8V-12-678D
ANNOUNCING (DEF)S; ILLEGAL
ENTRYS, FAVORS & CLAIMS
WITH A U.S. JUDGES
CAPTION BIAS AND PREJUDICE
ORDERS, RULINGS, JUDGMENTS,
WITH (DEF)S BENEFITING
OBJECTIONS.
SEE:((PL) CHECKLIST OF FACTS).

(PL) DEMAND THE JUDICIAL SYSTEM
USE THE FULL DISCRETION
OF THE COURTS ENTIRE ENBANC
PANEL OF JUSTICES VOTE, AND
UNANIMOUSLY AGREE; A MAGISTRATE
JUDGE KNEW (DEF)S WAS NOT
SERVED AND STOPED ALL (F.R.CIV-P.)
LCVR PROCEDURES & DID NOT FOLLOW NO
LCVR 7.1, OR LCVR 78.1 PROCEDURES OR
A U.S. MAGISTRATE JUSTICE
AVAILABILITY FOR ANY CITED CLAIMS

IMMUNITY

OF (PL) PETITION FOR CLAIMS,
AND THAT A U.S. MAGI JUDGE
WILLFUL VIOLATIONS USING PARTIALITYS
WITH COLLUSIONS; DO NOT ENJOY
ABSOLUTE IMMUNITY AGAINST
BEING SUED.        THIS
HISTORICAL PROCESS LED TO
RECORDED ILL-GOTTEN GAINS
WITH FAVORS AND CLAIMS
WITH UNANIMOUSE VOTES
FOR THE PURPOSE OF (PL)
REMOVAL     WILLFULLY VIOLATING
(PL) CIVIL LIBERTIES SEEKING
LIBERAL TREATMENTS.

THIS  U.S. JUDGE  CAN BE
IMPEACHED FOR MISDEMEANORS
OR FELONYS, ETHICAL CODE
VIOLATIONS, AND SWORN OATH
VIOLATIONS OF PUBLIC TRUST, .

(PL) DEMAND THE ENTIRE JUDICIAL
SYSTEM IMPARTIALITYS ACKNOWLEDGE
THAT LOCAL CIVIL RULE 7.1
AND 78.1 AND OTHERS HAS
BEEN VIOLATED ABUSING EXECUTIVE
PRIVILAGE & CREATED CRISES AGAINST
THE U.S. FED GOVINT AND (PL).

IMMUNITY

(PL) DEMAND THE ENTIRE
JUDICIAL SYSTEM IMPARTIALITIES
AGREE A U.S. MAGI JUDGE CAN BE
IMPEACHED FOR THE ROLES
COMMITTED AS PUBLIC OFFICER,
COURTROOM ADVOCATE AIDING
AND ABETTING (PL) ENEMY'S
WITH COLLUSIONS.

(PL) DEMAND THE ENTIRE
JUDICIAL SYSTEM IMPARTIALITYS
SEE THAT A U.S. MAGI JUDGE
LOST ALL IMMUNITIES
WILLFULLY GIVING (DEF)s
ADVICE AND ENCOURAGING
(DEF)s TO UNLAWFULLY PROCEED
WITHOUT BEING [ SERVED ] NO DUE
PROCESS -NO SUMMONS [ESP] AFTER
A JUDGE KNEW (DEF)s
ASSERTIONS WITH UNSWORN —
INADMISSABLE OATHS COMMITTED
WILLFUL AND KNOWING (PERJURY)
OVERRULING (10TH CER) ORDERS
, RULINGS, JUDGMENTS, USING
HACK- STOLEN - EMBEZZLED -
JUDICIAL TECHNOCALITY LEAKAGES
& JUDICIAL COMPUTER PASS WORDS -
PASS CODES ACCESS CODES OF
DEPUTY CLERK AND JUDGES.

IMMUNITY

A U.S. MAGISTRATE JUDGE IS NOT
ENTITLED TO QUALIFIED LEGAL
IMMUNITIES OR SHIELDED
FROM IMPEACHMENTS ACTING
IN BAD FAITH WITH WILLFUL
DESTRUCTION HIDING AND
CONCEALING EVIDENCE OF
(DEF)s WHITE COLLAR CRIMES.

(PL) DEMAND THE ENTIRE JUDICIAL
SYSTEM ENBANC PANEL OF JUSTICES
C8V-12-678 D FOR THE PURPOSE OF
UNANIMOUSE VOTES, "(DEF)s
WAS NOT SERVED".

(PL) DEMAND THE JUDICIAL SYSTEM
AGREE : USING A U.S. MAGI
JUDGE ADMISSIONS (DEF)s
WAS NOT SERVED ARE COMMENTS
ANNOUNCING DISCUSSIONS
WITH ASSERTIONS EXPOSING
(PL) TO A U.S. MAGISTRATE
JUDGE ARE PROVEN FACTS
FOR INDICTMENTS FOR
IMPEACHMENTS AND DONT
DESERVE IMMUNITIES.

THIS JUDGE DISTORTED ALL FACTS.

IMMUNITY

VIEWING A MAGISTRATE JUDGE ACTIONS
WITH (DEF)S ET AL ENTITLES
(PL) FOR RELIEF OF CLAIMS
DEPRIVING (PL) GOODS
AND SERVICES PROPERTY RIGHTS;
FOR THE DESTRUCTIVE PURPOSE
OF DEPRIVING (PL) CIVIL
LIBERTIES, AND JUSTICE.

(PL) DEMAND THE ENTIRE
JUDICIAL SYSTEM ENBANC PANELS
SEE (DEF)S AND A U.S. MAGISTRATE
JUDGE ABSENCE OF A
SUMMONS TOOK UNLAWFUL
ILLEGAL (RICO) ACTIONS AND
INVESTIGATED THEMSELVES
PROVING (DEF)S WAS NOT [SERVED]
AND [MADE] FRAUDULENT
OBJECTIONS WITH UNSWORN
OATHS IN U.S. FEDERAL COURT
LAW, AND (PL) WAS DENIED
THE SAME (S.A.) IN
UNITED STATES MAGISTRATE
JUSTICE PURCED CHAMBERS.

VIOLATING (PL) PETITION FOR
CLAIMS, WITH A SLAP IN THE
FACE TO GOD-INDIVISIBLE-CIVIL LIBERTY-
AND JUSTICE.

IMMUNITY

A U.S. MAGISTRATE JUDGE WILLFULLY-
KNOWENGLY, UNOFFICIALLY PLACED
AND PRESENTED PERJURYING WITNESSESS
ON THE WITNESS STAND KNOWING
(DEF)s ET AL [WAS NOT SERVED]
         OVERNIGHT AT FIRSTLIGHT
THUR 6-14-12  4:30 PM
FRI  6-15-12  8:30 AM     .

A    U.S. JUDGE WITH (DEF)s
ET AL PUNITIVELY, RECKLESSLY,
[MADE] THEMSELVES ACCOMPLICE'S
AND CONSPIRATOR'S, AIDING AND
ABETING ONE ANOTHER WITH
UNSWORN OATHS MISAPPROPRIATING
U.S. FEDERAL GOVERNMENT
PROPERTY.

(DEF)s ET AL [MADE]
         FRAUDULENT OBJECTIONS
WITH A U.S. JUDGE ACTING
AS (DEF)s ET AL ADVOCATE,
FRIENDS WHO KNOWS ONE ANOTHER,
LAWYER, ATTORNEYS, COUNSLERS,
ASKING (DEF)s QUESTIONS, (DEF)s
ANSWERING QUESTIONS WITH A
U.S. JUDGE AND (DEF)s SHARING
LEGAL ADVICE

IMMUNITY

ACTING AS ARBITRATING
MEDIATORS KNOWING MEDIATORS
CAN-NOT BE WITNESS IN NO
PROCEEDINGS, AS A (DEF) CAN-
NOT OBJECT IN THE ABSENCE
OF A SUMMONS, (F.R.Civ-P.) RULE (4).


(PL) ASK THE ENTIRE JUDICIAL SYSTEM
        ENBANC PANEL OF JUDGES
AS      PRESIDING JUDGES IN YOUR
COURT ROOM: "LOOK OVER AT
(PL) PODIUM, DO YOU SEE (PL)?".


        NOW: "LOOK OVER AT
(DEF)s PODIUM IN YOUR COURT
        ROOM AND ASK YOURSELF
HOW DID (DEF)s APPEAR IN
(10TH CIR) COURT ROOM WHEN DISTRICT
COURT U.S. MAGISTRATE JUSTICE
GARY PURCELL CLEARLY STATED
WITH JUSTICE DEGIUSTI,
: (DEF)s WAS NOT SERVED",
        AND —
OVERNIGHT AT FIRSTLIGHT.
( HOW DID (DEF)s ET AL RECEIVE
( PL ) PRIVATE CONFIDENTIAL
    INFORMATION FROM THE COURTS?).

IMMUNITY

(PL) IMMUNITY MOTION

IS USED -
TO HELP GUIDE THE COURTS TO
SEE HOW (PL) HAS BEEN TRYING
TO INFORM THE U.S. FEDERAL
GOV'NT ABOUT (DEF)s FRAUDS
WITH A   U.S. JUDGES
CONSTITUTIONAL CRISES.
(DEF)s ET AL ARTICLE (363-364)
        TRICKERYS AGAINST THE
ENTIRE U.S. FED GOV'T JUDICIAL SYSTEM,
[ESP] (PL) WITH UNSWORN
OATHS, UNSWORN OBJECTIONS,
ILLEGAL (RICO) ENTRYS AND
UNLAWFUL APPEARANCES, IN BOTH
FEDERAL COURTS VIOLATED MULTIPLE LAWS.

SEE: (PL) PETITION FOR CLAIM.
(DEF)s ET AL WITH   U.S. JUDGES,
DEPRIVED (PL) CONSTITUTION OF THE
UNITED STATES RIGHTS.

THE UNITED STATES CONSTITUTION
DON'T SAY (DEF)s ET AL ART (303)
(S.A.) CAN BE HELD IN THE
ABSENCE OF A SUMMONS

IMMUNITY

(DEF)s ET AL WITH    U.S.
JUDGES DEPRIVED AND
VIOLATED (PL) CIVIL LIBERTIES
WITH (DEF)s ORIGINS [MADE]
ILLEGAL ENTRY'S AND UNLAWFUL
APPEARANCES AS FACTUAL WITNESSES.

THE UNITED STATES CONSTITUTION
REPEATS     SEVERAL TIMES
THAT NO PERSON SHALL
BE DEPRIVED, OF LIFE,
LIBERTY OR PROPERTY WITHOUT
DUE PROCESS.

THIS UNITED STATES MAGISTRATE
JUDGE KNEW (DEF)s WAS
NOT SERVED AND DID NOT TELL
(DEF)s TO FOLLOW PROPER LCvR
PROCEDURES OR (F.R.CIV-P.)
OR SWORN OATH'S OR CODE OF
ETHIC'S LAWS OR EVIDENCE CODES,
OR CANON LAWS, OR RECITAL
SAFETY LAWS.
ALL PURPOSELY KNEW WITH LAW FIRMS
AND A U.S. JUDGE ALLOWED (DEF)s
ILLEGAL (RICO)    COLLUSIONS AND
CORRUPTIONS TO INJURE THE COURTS
THE WESTERN DIST OKA-(10TH CIR) & (PL).

IMMUNITY

(PL) DEMAND UNANIMOUSE UNWAIVERING
SUPPORT FROM THE COURT.

1) JUSTICE PURCELL, INDENTIFIED (PBC)LLC
(DEF)s ET AL BY SPELLING (DEF)s
NAMES, CLEARLY STATING
(DEF)s WAS NOT SERVED, AND
(DEF)s [MADE] ILLEGAL ENTRYS
(DEF)s BRIBED COURT CLERKS WHO
WORE (DEF)s MONEY, NAMES,
AND TITLES, DURING
(DEF)s [MADE] SPECIAL APPEARANCE
(HEREINAFTER) (S.A.)
(DEF)s [MADE] INADMISSIBLE
ASSERTIONS IN DISTRICT
COURT AND (U.S.C.A. 10TH CIR)
WITH ILLEGAL (RICO) ENTRYS,
AND UNLAWFUL TRICKERY
APPEARANCES, IN All IMPARTIAL
COURTS OF LAW, WITH
A SLAP IN THE FACE TO
GOD - INDIVISIBLE - CIVIL LIBERTYS -
JUSTICE - THE ENTIRE U.S.
FEDERAL GOVT JUDICIAL SYSTEM -
STATE OF OKLA TO INJURE
All JUDICIAL IMPARTIAL
REPUTATIONS AND (PL)s MENTAL
& EMOTIONAL BEHAVIOR HEALTH.

RESPECTFULLY:

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:

PLAINTIFF - (PL)

1025 N.W. 86 th ST # 101
OKLAHOMA, OK

73114-

(405) 436- 9437 # CELL

(405) 905- 2789 # CELL

IN THE UNITED STATES
DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,

Plaintiff/Petitioner - Appellant,

Case No. CIV-12-678 R

v.

NATIONAL BASKETBALL
ASSOCIATION, et al.,

Defendant/Respondent -

ATTORNEYS OATH, LAW FIRM

PG 1-13

ATTORNEYS OATH:

1. I AM FULLY SUBJECT TO THE LAWS OF THE STATE OF OKLAHOMA AND THE LAWS OF THE UNITED STATES AND WILL ABIDE BY THE SAME, (DEF)S VIOLATED ALL OATHS.

2. I WILL SUPPORT THE CONSTITUTION OF THE STATE OF OKLAHOMA AND THE CONSTITUTIONS OF THE UNITED STATES.

3. I WILL ABIDE BY THE RULES OF PROFESSIONAL CONDUCT APPROVED BY THE SUPREME COURT OF THE STATE OF OKLAHOMA.

4. I WILL MAINTAIN THE RESPECT DUE TO THE COURTS OF JUSTICE AND JUDICIAL OFFICERS.

5. I WILL NOT COUNSEL OR MAINTAIN ANY SUIT OR PROCEEDING WHICH SHALL APPEAR TO ME TO BE UNJUST , OR ANY DEFENSE EXCEPT AS I BELIEVE TO BE HONESTLY DEBATABLE UNDER THE LAW, UNLESS IT IS IN DEFENSE OF A PERSON CHARGED WITH A PUBLIC OFFENSE . I WILL EMPLOY, FOR THE PURPOSE OF MAINTAINING THE CAUSES CONFIDED TO ME, ONLY THOSE MEANS. CONSISTENT WITH TRUTH AND HONOR. I WILL NEVER SEEK TO MIS-LEAD THE JUDGE OR JURY

ATTORNEY'S OATH:

BY ANY ARTIFICE OR FALSE
STATEMENT.

6. I WILL MAINTAIN THE CONFIDENCE
AND PRESERVE INVIOLATE THE
SECRETS OF MY CLIENT, AND
WILL ACCEPT NO COMPENSATION
IN CONNECTION WITH THE BUSINESS
OF MY CLIENT UNLESS THIS
COMPENSATION IS FROM OR WITH
THE KNOWLEDGE AND APPROVAL OF
THE CLIENT OR WITH THE APPROVAL
OF THE COURT.

7. I WILL ABSTAIN FROM ALL
OFFENSIVE PERSONALITIES AND
ADVANCE NO FACT PREJUDICIAL
TO THE HONOR OR REPRETATION
OF A PARTY OR WITNESS UNLESS
REQUIRED BY THE JUSTICE OF
THE CAUSE WITH WHICH I AM
CHARGED.

8. I WILL NEVER REJECT, FROM
ANY CONSIDERATION PERSONAL
TO MYSELF, THE CAUSE OF
THE DEFENSELESS OR OPPRESSED,
OR DELAY UNJUSTLY THE CAUSE
OF ANY PERSON.

( DEF )s
GLOBAL LAW FIRM

AMERICAN BAR ASSOCIATION

RULE 1.3 DILIGENCE

RULE 1.2 ,

THE LAWYERS DUTY TO ACT
WITH REASONABLE DILIGENCE
DOES NOT REQUIRE THE USE
OF OFFENSIVE TACTICS OR
PRECLUDE THE TREATING OF
PERSONS INVOLVED IN THE
LEGAL PROCESS WITH COURTESY
AND RESPECT.

USING JUDICIAL TECHNOCALITY
LEAKAGES ACCESS READY,
JUDICIAL KEYS,
JUDICIAL PASS WORDS, PASS CODES
ACCESS CODES OF THE ENTIRE
JUDICIAL SYSTEM MUNICIPAL
ADMINISTRATION'(S) OF JUSTICE
DEPUTY COURT CLERKS & JUSTICES.

ARTICLE (54)
AS ADULTS OVER 18 YEARS OF AGE
ALL GLOBAL LAW FIRM ATTORNEYS
MUST BE TREATED THE SAME AS
OTHERS WITH REGISTERED
CENTRAL OFFICES.

$(DEF)s$

GLOBAL LAW FIRMS

ARTICLE (209)

PENALTIES SHALL BE PROVIDED AND IMPOSED
UPON THE PUBLIC; "REVISED PENAL CODE (RPC)"
"TITLE (7)" IS: BETRAYAL OF TRUST BY
AN ATTORNEY OR SOLICITOR -
REVELATION OF SECRETS.

THIS IS THE (DEF)s 6-15-12 FILE DOWN-
LOAD AS A POWERPOINT FOR (DEF)s
IRREGULAR SPECIAL APPEARANCE OVERNIGHT
AT FIRST LIGHT TO DISCUSS A PENDING
; IMPENDING ; UP COMING CASE AND
MATTER WITH UNITED STATES MAGISTRATE
JUSTICE GARY PURCELL WITHOUT SIGNING
A WAIVER FOR SUMMONS AND WITHOUT
BEING SERVED BY THE UNITED STATES
MARSHALLS PROCESS SERVICE OR BY
PLAINTIFF'S (PL)s , VIEWED BY U.S.
MAGE JUSTICE GARY PURCELL'S
ADMISSIONS, CONFESSIONS, OMISSIONS,
; AS U.S. MAGE JUSTICE GARY PURCELL
VIOLATED ALL LISTED U.S. CONSTITUTIONAL
CITED AUTHORITIES PRESENTED BY (PL)s.
BY EXCHANGING WITH (DEF)s OVERNIGHT
AT FIRST LIGHT GIFTS AND PRESENTS,
DESCRIBED IN 443 PRECEEDING
AUTHORITIES.

( DEF ) s
GLOBAL LAW FIRMS

WHILE (DEF)s WORLDWIDE LAW FIRMS
GROUPS OF PARTNERSHIPS IN THE
UNITED STATES AND FOREIGN
COUNTRYS MAINTAINS JOINT
RESPONSIBILITY;

CASE'S OF THIS TYPE ARE
SOMETIME'S JOINED WITH OTHER
ATTORNEYS AND MAJOR LAW FIRMS
WITH EMPLOYEES OF 1.200 OR
MORE AND SOME WITH LESS
STAFF MEMBERS WHO WITH
(DEF)s PRINCIPLE RESPONSIBILITIES
        AT NO COST TO THE CLIENT
HELP ONE-ANOTHER AS FRIENDS
WHO KNOW'S ONE ANOTHER.

ALL WORLDWIDE (DEF)s WAS PRESENT
IN AND DURING (DEF)s ONE-SIDE
ORAL ARGUMENT SPECIAL APPEARANCE
(HEREINAFTER) (S.A.) INCLUDING TO
BUT NOT LIMITED TO THE NBA
COMMISSIONER "ADAM SILVER" AND
THE ENTIRE (NBA) NATIONAL
BASKETBALL ASSOCIATION AND THE
NBA (PBC) LLC PROFESSIONAL BASKETBALL
CLUB BOARD OF GOVERNOR'S 30
GROUPS OF PARTNERSHIPS AND THE
NBA TEAM PLAYERS UNION ASSOCIATION
30 GROUPS OF PARTNERSHIPS AND ALL
WORLDWIDE LAW FIRM GROUPS OF PARTNERS
& "VIOLATED ALL CITED AUTHORITIES.

( DEF ) S

PG
6
07
13

GLOBAL LAW FORMS

ARTICLE ( 2176 ) :
( DEF )s SPECIAL APPEARANCE ( S.A. ),
ADMISSIONS, CONFESSIONS,
OMISSIONS, RECEIVED ( PL )s ( IFP )
PRIVATE INFORMATION'S, PRIVATE
PREVILEGED INFORMATIONS, PRIVATE
CONFIDENTIAL INFORMATION, PRIVACYS
BEFORE ALL 14 U.S. FEDERAL
JUDGES IN THE WESTERN DISTRICT
OF OKLAHOMA, WITHOUT BEING SERVED,
OVERNIGHT AT 1ST LIGHT, VIOLATED
( PL )s CIVIL LIBERTIES, CIVIL TREATMENT,
( DEF )s DID NOT TENDER A PROPER
WAIVER FOR SUMMONS, ( DEF )S
WROTE A WRITTEN OBJECTION IN
THE WESTERN DIST OPEN COURT OF LAW.
( DEF )s WAS NOT SWORN IN,
( DEF )s [ MADE ] UNSWORN OATHS,
UNSWORN ASSERTIONS, [ MADE ]
INADMISSIBLE PERJURY TESTIMONY
WITH TWO U.S. JUDGES, ( DEF )S
CAUSED ( PL )s DAMAGES WITH ( DEF )S
FAULT'S & NEGLIGENT ( QUASI-DELICT ).
( PL )s ARE ENTITLED FOR RELIEF.

( DEF) S
GLOBAL LAWFIRMS

ARTICLE (2194) :
THE RESPONSIBILITY OF TWO OR
MORE (DEF)S ILLEGAL (RICO)
ACTIONS ARE LIABLE FOR
QUASI - DELICT, IS SOLIDARY.
( PL)S DEMAND DISGEORGEMENT OF
PROFITS.
( PL)S ARE ENTITLED FOR RELIEF.

ART (2198) :
PRINCIPLES OF GENERAL LAW ON
DAMAGES ARE ADOPTED AND NOT
INCONSISTENT WITH THIS CASE
OR CODE.
( PL)S DEMAND DISGEORGEMENT OF
PROFITS.
( PL)S ARE ENTITLED FOR RELIEF.

ART (2199) :
ACTUAL AND COMPENSATORY
DAMAGES.
( PL)S DEMANDS DISGEORGEMENT OF
PROFITS.
( PL)S ARE ENTITLED FOR RELIEF.

(DEF)S

GLOBAL LAW FORMS.

ART 2199 : EXCEPT AS
PROVIDED BY
LAW OR BY STIPULATION,
ONE IS ENTITLED TO AN
ADEQUATE COMPENSATION
ONLY FOR SUCH PECUNIARY
LOSS SUFFERED BY HIM
AS HE HAS DULY PROVED.

SUCH COMPENSATION IS
REFERRED TO AS
ACTUAL OR COMPENSATORY
DAMAGES.

(PL) IS ENTITLED FOR RELIEF,
ALL (DEF)S ENTRYS [MADE]
ABOVE THE LAW WITH
A SLAP IN THE FACE TO JUSTICE
USED FEDERAL DOCKET
CASE# CIV-12-678 D
ACCESS READY JUDICIAL TECHNO CALITY
LEAKAGES.

PG
9
07

13

U.S.C. TITLE 18
CH 25 SEC (471)

(DEF)s USED ILLEGAL ART(354)
DEVICES AND
MACHINES TO COMMIT
UNLAWFUL COUNTERFEITING
OF UNITED STATES:
FEDERAL AND STATE
GOVERNMENT SEAL'S AND
(PL)s (R) TRADEMARK
WRITTEN WORDS
FORGING AND
COUNTERFEITING WITH
(DEF)s PUBLIC FIGURES
(R)  WORLD REKNOWNED
TRADE  MARKS.
PALMING 077 (PL)s
PROPERTY RIGHTS; GOODS
AND SERVICE'S (PL)s SHARED.
IN GOOD FAITH - GOOD WILL,
AND (DEF)s ART (2201)
GOOD FAITH ILL-WILLS
GROSSED ILL-GOTTEN GAINS
FOR 10 YEARS, FROM 2008-
2018.

U.S.C. TITLE 18
(CHP 33 SEC (700),
ET SEQ.)

DEEMS ANY CRIMINAL
ACT PUNISHABLE BY FINE
OR IMPRISONMENT;

(DEF)s AND JUSTICE PURCELL's
U.S.C. TITLE 18 SEC (2)
ADDING AND ABETTING
U.S.C. TITLE 18 SEC (371)
AS ACCOMPLICES AND
CONSPIRATORS
IN VIOLATION OF
U.S.C. FED CODE 2315
A FELONY TO WILLFULLY
HIDE AND CONCEAL (DEF)s
D.N.A FINGER PRINT
EVIDENCE OF (DEF)s ARTICLE
(354) COUNTERFEITING AND
ARTICLE (170) FORGERY CRIMES.
BY ALL ARTICLE (364)
TRICKERYS, AND U.S.C. TITLE 18
CH 25 SEC (471)
COUNTERFEITING WITH DEF)s MARKS.

PG
11
07
13

U.S.C.  TITLE 18
          SEC (842) (P) (2)(B).

EVALUATE THIS CAUSE
AND ALL CREATED RISK
OF (DEF)s ARTICLE (2201)
GOOD FAITH ILL-WILL
NBA DISTRIBUTION OF
INFORMATION RELATING
TO USING DESTRUCTIVE
DEVICES ON NUMEROUS
OCCASSIONS PROVEN WITH
(PL)s EVIDENCE AND FACTUAL
       PHOTOGRAPS:    OF
(DEF)s IN VIOLATION OF
       ARTICLE (188) AND
       ARTICLE (189)
(PL)s B TRADEMARK WRITTEN
   WORDS: THAT BEAR'S
BOTH UNITED STATATE'S
FEDERAL AND STATE
GOVERNMENT SEALS: WITH
REGISTRATION NUMBERS:
DATE'S: MONTHS: YEARS,

( DEF ) S

GLOBAL LAWFIRMS

OCT 2019


OKC ATTORNEY JAY SILVERNAIL
AS BEEN CONVICTED OF ASSAULT
AND BATTERY WITH A DEADLY WEAPON
AFTER SHOOTING A MAN AT A
NIGHTCLUB IN MAY 2016.

THE VICTIM HAD TO HAVE PART OF
HIS LEG AMPUTATED AS A RESULT
OF THE SHOOTING.


AN ILLEGAL (RICO) ATTORNEY
SHOT- KILLED - MURDERED A
JUDGE SON IN THE FRONT DOOR
OF THEIR HOME & SHOT THE
JUDGE HUSBAND & THEN
KILLED HIS-SELF,

ALL ILLEGAL (RICO) PARTIAL
ATTORNEYS CAN GO TO PRISON TOO,
BEING ADULTS OVER 18 YEARS
OLD, AS ANYONE ELSE.

(DEF)s

PG
13
OF
13

GLOBAL LAW FIRMS

(DEF)s ET AL GLOBAL LAW FIRM
ATTORNEYS FLAGRANT
RESEARCH PRACTICES MISUSED
AUTHORITY, MIS-LEADING THE
UNITED STATES FEDERAL
GOVERNMENT AND INITIATED
GROSS DUE PROCESS,
NEGLIGENT, OBSTRUCTION
OF JUSTICE WITH TWO
U.S. JUDGES COLLUSIONS
AND CORRUPTIONS.

All 97.8 Billion ILLEGAL (RICO) (DEF)s
EARNESTLY - KNOWINGLY - WILLFULLY - PURPOSELY
WITH MULTIPLE JUDGES & COURT CLERKS
JUDICIAL MISCONDUCT DISABILITIES (JCD)
USED STOLEN EMBEZZLED UNITED STATES
FEDERAL GOVERNMENT PROPERTY ON THEIR
FACE (S) CIV-12-678 (R), ILLEGALLY -
& UNLAWFULLY ELECTRONICALLY [SERVED]
TO ALL (DEF)s BY CLERKS WHO
INITIATED & ACTIVATED All 97.8 Billion
(DEF)s ILLEGAL (RICO) WORLDWIDE GLOBAL
FOREIGN & DOMESTIC GROUPS OF PARTNERSHIP
FRIENDS WHO KNOW ONE ANOTHER PUBLIC FIGURES,
USING JUDICIAL DEVICES & MACHINES
USING JUDICIAL COMPUTERS AND
COMPROMISED ALL JUDICIAL PROCEDURES.

RESPECTFULLY:

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:

PLAINTIFF - (PL)

1025 N.W. 86th ST #101
OKLAHOMA, OK
73114-

(405) 436-9437 #CELL

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA

CHARLES A. SYRUS JR.
PLAINTIFF (PL)s
COMPLAINANT-(COMP)

CASE NO's.
CIV-12-678 D
V.
CIV-19-504 D

All ILLEGAL (RICO)
DEFENDANTS (DEF)s

ADMITTING POLYGRAPH

PG 1-4

ADMITTING
POLYGRAPH

CODE §§ 350 - 356

CALI° EVIDENCE CODE
NOTWITHSTANDING ANY
OTHER PROVISION OF LAW,

THE RESULTS OF A POLYGRAPH
EXAMINATION REQUIRES :

THE OPINION OF A POLYGRAPH

COMES NOW THE (PL)S,
TO PROVE,

ALL (DEF)S ENTRYS FRI° 6-15-2012
ALLEGEDLY 8:30ᴬᴹ [MADE]
ABOVE THE LAW WAS NOT LEGALLY
[SERVED] - NO DUE PROCESS -
NO SUMMONS OVERNIGHT AT
1ˢᵀ LIGHT, WITH NO LEGAL OR
LAWFUL SWORN OATH,

( PL )'s PRAYS UNDER ;

U.S.C. TITLE 28
SEC ( 533 )
FBI AUTHORITY

THIS COURT SHOULD GIVE THE
F.B.I. LEGAL AUTHORITY
TO CONDUCT A CIVIL RIGHTS
INVESTIGATION IN THIS
ENTRYS MATTER [ MADE ] ON
FEDERAL DOCKET
CASE # CIV- 12- 678 D
FRO 6-15- 2012 ALLEGEDLY AT
8:30 AM AGAINST ALL (DEF)S
ENTRYS IN THIS MATTER.

U.S.C. TITLE 28 SEC ( 533 )
FBI AUTHORITY

FEDERAL LAW GIVES THE F.B.I.
AUTHORITY TO INVESTIGATE
ALL FEDERAL CRIME NOT
ASSIGNED EXCLUSIVELY TO
ANOTHER FEDERAL AGENCY.

U.S.C. TITLE 28 SEC (533)

AUTHORIZES THE ATTORNEY
GENERAL TO APPOINT OFFICIALS
TO DETECT AND PROSECUTE
CRIMES AGAINST THE
UNITED STATES
HACKING- STEALING- EMBEZZLING
JUDICIAL COMPUTERS WITH
JUDICIAL TECHNOCALITY LEAKAGES
TO DISTROY JUDICIAL REPUTATIONS
- IMPARTIALITYS, PRIVACYS -
CONFIDENTUALITYS, DUE PROCESS-
911 EMERGENCY ART (3)
UNITED STATES FEDERAL
GOVERNMENT

                ART (350)
REDRESS SAFETYS AND
PROTECTIONS    IN THE
   ENTIRE UNITED STATES
FEDERAL GOVERNMENT JUDICIAL
SYSTEM MUNICIPAL
ADMINISTRATION OF JUSTICE,
INCLUDING; WHITE COLLAR CRIME
             COUNTERFEITING AND
             FORGING    BOTH-
             FEDERAL AND STATE
             GOVERNMENT SEALS
             WANTENLY.

TITLE 28 - JUDICIARY AND
JUDICIAL PROCEDURE
§ 531 CHP 33- F.B.I. § 531.


ITEMS 541 - 550 SEC 1565 D
OF TITLE 10, UNITED STATES
CODE, (B) STATE GRANTS-
TITLE 28 JUDICIARY AND
JUDICIAL PROCEDURE § 533
VESTIGATION,
TO HELP MEET THE INCREASED
DEMANDS FOR ACTIVITIES
ADDRESSING ALL (DEF)S ENTRYS
[MADE] ON FEDERAL DOCKET
CASE # CIV-12-678 D
FRI- 6-15-2012 ALLEGEDLY 8:30 AM
USING STOLEN-HACKED-
EMBEZZIED FEDERAL GOV'NT
PROPERTY CONTINUING ALL
WHITE COLLAR CRIMES USING
JUDICIAL TECHNOCALITY LEAKAGES,
ACCESS READY JUDICIAL COMPUTER
PASSWORDS- PASS CODES-
ACCESS CODES.

PROVIDED IN SEC 509, 510, &
533 OF TITLE 28, U.S.C. CODE,
APPLIES TO INVESTIGATION
CONDUCTED BY THE F.B.I.
PURSUANT TO ATTORNEY GENERALS
GUIDELINES ON GENERAL CRIMES.

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:
1025 N.W. 86TH ST #101
OKLAHOMA, OK
73114
CELL # (405) 437-9437

IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF OKLAHOMA


CHARLES A. SYRUS JR:
PLAINTIFF (PL)s
COMPLAINANT- (COMP)

                              CASE No's.
             V.              CIV- 12- 678 D
                              CIV- 19- 504 D

All ILLEGAL (RICO)
DEFENDANTS ( DEF)s

                All (DEF)s ILLEGAL ( RICO)
             SPECIAL APPEARANCE (S.A.)
                               PG 1-2

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

*(Date and sign—See Form 2.)*
*(Attach the following to Form 6.)*

To be printed on reverse side of the waiver form or set forth at the foot of the form:

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure. *(PREMEDITATED PERJURY)*

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served. *(b57)= VIOLATED RULE 12(B) & RULE (4) of (F.R.C.P.)*

(Added Apr. 30, 2007, eff. Dec. 1. 2007.)

**Form 7. Statement of Jurisdiction**

(a) *(For diversity-of-citizenship jurisdiction.)* The plaintiff is [a citizen of *Michigan*] [a corporation incorporated under the laws of *Michigan* with its principal place of business in *Michigan*]. The defendant is [a citizen of *New York*] [a corporation incorporated under the laws of *New York* with its principal place of business in *New York*]. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

(b) *(For federal-question jurisdiction.)* This action arises under [the United States Constitution, *specify the article or amendment and the section*] [a United States treaty *specify*] [a federal statute, ____ U.S.C. § __].

(c) *(For a claim in the admiralty or maritime jurisdiction.)* This is a case of admiralty or maritime jurisdiction. *(To invoke admiralty status under Rule 9(h) use the following:* This is an admiralty or maritime claim within the meaning of Rule 9(h).)

(Added Apr. 30, 2007, eff. Dec. 1. 2007.)

**Form 8. Statement of Reasons for Omitting a Party**

*(If a person who ought to be made a party under Rule 19(a) is not named, include this statement in accordance with Rule 19(c).)*

This complaint does not join as a party *name* who [is not subject to this court's personal jurisdiction] [cannot be made a party without depriving this court of subject-matter jurisdiction] because *state the reason*.

(Added Apr. 30, 2007, eff. Dec. 1. 2007.)

**Form 9. Statement Noting a Party's Death**

*(Caption—See Form 1.)*

In accordance with Rule 25(a) *name the person*, who is [a party to this action] [a representative of or successor to the deceased party], notes the death during the pendency of this action of *name*, [*describe as party* in this action].

*(Date and sign—See Form 2.)*
(Added Apr. 30, 2007, eff. Dec. 1. 2007.)

**Form 10. Complaint to Recover a Sum Certain**

1. (Statement of Jurisdiction—See Form 7.)
   *(Use one or more of the following as appropriate and include a demand for judgment.)*

(a) On a Promissory Note

2. On *date*, the defendant executed and delivered a note promising to pay the plaintiff on *date* the sum of $_____ with interest at the rate of __ percent. A copy of the note [is attached as Exhibit A] [is summarized as follows: _____].

3. The defendant has not paid the amount owed.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLES A. SYRUS, JR.,                     )
                                           )
                Plaintiff,                 )
                                           )
v.                                         )        CIV-12-678-D
                                           )
PROFESSIONAL BASKETBALL                    )
      CLUB (PBC) LLC,                      )
                                           )
                Defendant.                 )

## REPORT AND RECOMMENDATION DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND RECOMMENDING DISMISSAL OF THE ACTION

With his Complaint filed June 14, 2012, the *pro se* Plaintiff requests leave to proceed

*in forma pauperis* ("IFP") pursuant to 28 U.S.C. §1915(a)(1).[1] The matter has been referred

to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C.

§636(b)(1)(B). Having reviewed the motion, the undersigned finds that Plaintiff has not

presented sufficient information to determine whether he has funds sufficient to pay the full

filing fee. For instance, Plaintiff states that he is not employed but that he made $150.00 for

3 days of work in June 2012 and that he has no assets other than a 1985 pick-up truck. He

provides no further information regarding any sources of income, although he states that he

has a wife and an infant who are his dependents.

---

[1] "Section 1915(a) applies to all persons applying for IFP status, and not just to prisoners."
Lister v. Dep't of Treasury, 408 F.3d 1309, 1312 (10th Cir. 2005).

Review of the motion is further complicated because the Defendant named in the caption of the Complaint, Professional Basketball Club (PBC) LLC, who has not been served with process, has made a special appearance and filed a written "Objection to Plaintiff's Application to Proceed In Forma Pauperis." (Doc. # 4). In this Objection, Defendant requests that Plaintiff's application to proceed IFP be denied on the ground that the action is frivolous under 28 U.S.C. § 1915. Defendant asserts that Plaintiff's Complaint raises the same copyright and trademark infringement claims that Plaintiff raised, and this Court and the Tenth Circuit Court of Appeals rejected, in a previous action filed by Plaintiff IFP, Syrus v. Bennett, et al., Case No. CIV-10-1116-D. Because his claims raised in the instant action are "equally frivolous," Defendant asserts that the Court should refuse to allow Plaintiff to proceed *IFP* in this action. Defendant does not expressly seek dismissal of the action filed by Plaintiff herein, and in fact Defendant states that the objection is not intended as a responsive pleading to Plaintiff's Complaint. However, Defendant has invoked 28 U.S.C. § 1915(e)(2)(B)(ii)'s standard for reviewing IFP complaints. Thus, the Court must determine whether it has the authority to *sua sponte* address the sufficiency of the Complaint.

In considering a civil complaint filed IFP, the court has the responsibility to screen the complaint. 28 U.S.C. § 1915(e)(2). On review, the court must dismiss a cause of action filed IFP at any time the court determines the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or if the litigant seeks monetary relief from a defendant who is immune from such a claim. 28 U.S.C. § 1915(e)(2)(B).

In Denton v. Hernandez, 504 U.S. 25 (1992), the Supreme Court stated that "[t]he

2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

CARMELITA REEDER SHINN
CLERK OF COURT

200 NW 4ᵗʰ Street, Room 121
Oklahoma City, OK 731(
(405)609-5000; Fax (405) 609-50ₛ

April 23, 2019

Mr. Charles A. Syrus Jr
1025 NW 86ᵗʰ Street, Apt. 101
Oklahoma City, Oklahoma 73114

Dear Mr. Syrus:

    This office has received your letter postmarked, April 19, 2019. If you desire that this document be filed in one of your cases, please note that all documents submitted to this office for filing must be clearly styled and properly captioned (pursuant to LCvR7.1).

    To the extent you want to file a civil complaint in the Western District of Oklahoma, attached you will please find the necessary paperwork to assist you in filing a complaint in this court.

    Please resubmit the enclosed documents you would like filed to conform to the above-referenced Local Court Rules and Federal Rules of Civil Procedure.

Sincerely,

N. V.

Deputy Court Clerk

Enc.

The remaining subsections of Rule 3 provide technical definitions clarifying the application of the Rules.

## ARTICLE II. MISCONDUCT AND DISABILITY

### 4. Misconduct and Disability Definitions

(a) **Misconduct Generally.** Cognizable Misconduct is conduct prejudicial to the effective and expeditious administration of the business of the courts. Cognizable misconduct includes, but is not limited to, the following:

    (1) **Violation of Specific Standards of Judicial Conduct.** Cognizable misconduct includes:

        (A) using the judge's office to obtain special treatment for friends or relatives; *CANON LAW # 4 (D) (G) CHAMBERS — ART (303) — (S.A.)*

        (B) accepting bribes, gifts, or other personal favors related to the judicial office; *ART (304) GIFTS & PRESENTS*

        (C) engaging in improper ex parte communications with parties or counsel for one side in a case; *LCvR 78.1 ORAL ARGUMENTS*

        (D) engaging in partisan political activity or making inappropriately partisan statements; *ART (303-(S.A.) U.S. FED (2315) & ART (2246)*

        (E) soliciting funds for organizations; or *HIDE & CONCEAL EVIDENCE OF CRIMES, A SUMMONS IS SCIENE*

        (F) violating rules or standards pertaining to restrictions on outside income or knowingly violating requirements for financial disclosure. *(ART) 304 WEARING (DEF)S NAMES & MONEY REPRESENTING THEIR POWER DURING ONE-SIDE ARGUMENT...*

    (2) **Abusive or Harassing Behavior.** Cognizable misconduct includes:

        (A) engaging in unwanted, offensive, or abusive sexual conduct, including sexual harassment or assault;

        (B) treating litigants, attorneys, judicial employees, or others in a demonstrably egregious and hostile manner; or *ATTACKED OUR DISABILITIES ART (B) WITH VERBAL ABUSIVE TONES. KNOWING ALL (DEF)S WAS NOT [SERVED]*

        (C) creating a hostile work environment for judicial employees. *CLERKS & JUDGES WEARING (DEF)S NAMES & MONEY AS POWER NBA TEE-SHIRTS*

*I ILLEGAL (RICO) CLERKS [SERVED ALL (DEF)S AT 1ST LIGHT & ALL (DEF)S APPEARED AT 8:30 AM WITH (J.O.R.) & U.S. FED COURT PROPERTY STOLEN (IFP) IN ALL (DEF)S HANDS WITHOUT BEING [SERVED] VIOLATED CANON LAW 1-5*

Form 71

*name* the amount of $_____, with prejudgment interest at the rate of __%, postjudgment interest at the rate of __%, along with costs.] [the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *name* recover costs from the plaintiff *name*.]

Date _____

                    Clerk of Court

(Added Apr. 30, 2007, eff. Dec. 1. 2007.)

Form 80. Notice of a Magistrate Judge's Availability

(Caption—See Form 1.)

1. A magistrate judge is available under title 28 U.S.C. § 636(c) to conduct the proceedings in this case, including a jury or nonjury trial and the entry of final judgment. But a magistrate judge can be assigned only if all parties voluntarily consent.
2. You may withhold your consent without adverse substantive consequences. The identity of any party consenting or withholding consent will not be disclosed to the judge to whom the case is assigned or to any magistrate judge.
3. If a magistrate judge does hear your case, you may appeal directly to a United States court of appeals as you would if a district judge heard it.

A form called *Consent to an Assignment to a United States Magistrate Judge* is available from the court clerk's office.

(Added Apr. 30, 2007, eff. Dec. 1. 2007.)

Form 81. Consent to an Assignment to a Magistrate Judge

(Caption—See Form 1.)

I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including a trial, and order the entry of final judgment. (Return this form to the court clerk—not to a judge or magistrate judge.)

Date _____

                    Signature of the Party

Form 82

Form 82. Order of Assignment to a Magistrate Judge

(Caption—See Form 1.)

With the parties' consent it is ordered that this case be assigned to United States Magistrate Judge _____ of this district to conduct all proceedings and enter final judgment in accordance with 28 U.S.C. § 636(c).

Date _____

                    United States District Judge

(Added Apr. 30, 2007, eff. Dec. 1. 2007.)

DAMAGES: "NOVATION"
IN VIOLATION OF;
U.S.C. TITLE 28 SEC(144)
CAPTION BIAS AND PREJUDICE
OF A JUDGE (DL)s CAN
RECEIVE ARTICLE (1215)
        NOVATION DAMAGES
        AND
ARTICLE (1231)
NOVATION DAMAGES
FOR ART (1341)
FRAUDULENT OPERATIONS;
ARTICLE (2254)
ADMISSIONS-OMISSIONS
OF (DEF)s UNSWORN ASSERTIONS
TESTIMONIES.

consents that liability shall be joint and several, that judgment may be entered in accordance with the obligation simultaneously with judgment against the principal, and that execution may thereupon issue against the appropriate property.

(7)     Further Security for Justification of Personal Sureties. Upon reasonable notice to the party presenting the security, any other party for whose benefit it is presented may apply to the court at any time for further or different security or for an order requiring personal sureties to justify.

(8)     Court Officers Not Allowed as Sureties. Unless a party to the action, no clerk, marshal, member of the bar, or other officer of this court will be accepted as surety, either directly or indirectly, on any bond or undertaking in any action or proceeding in this court.

## IX.     PROVISIONAL AND FINAL REMEDIES.

### LCvR67.1     Deposit and Withdrawal of Funds in Court.

In cases where a party depositing funds with the clerk desires that the funds be invested with a named institution, the order shall so specify but, in the absence of specific directions to the contrary, all registry funds will be invested in a general interest-bearing account in the bank selected for that period through appropriate bidding procedures.

### LCvR67.2     Disbursement of Registry Funds.

All checks drawn by the clerk of this court on deposits made in the registry of the court shall be made payable to the order of the payee or payees as the same or names thereof shall appear in the orders of this court providing for distribution.

Disbursements from the registry of the court shall be made immediately upon receipt of the order for disbursement and after the Social Security or tax identification number of the payee has been orally communicated to the court clerk financial administrator, except in cases where it is necessary to allow time for a check or draft to clear or in cases where an order is appealable and must be held until the time for appeal has expired.

-28-

### LCvR891.2     Removed Actions - Documents to Be Filed; Status of Pending Motions.

(a)     Filing of State Court Docket Sheet. In addition to the items required by 28 U.S.C. § 1446, which must be submitted with a notice of removal, the removing party shall include a copy of the state court docket sheet.

(b)     Motions Pending in State Court at the Time of Removal. Any motion pending at the time of removal will be considered withdrawn unless, within 30 days of removal, the moving party files a notice of pending motion and attaches copies of: (1) the original motion filed in state court; and (2) all responses, replies, or other papers filed in state court that are necessary to adjudicate the motion. The court may require that any such motion, response, reply, or other paper be refiled in conformity with the Federal Rules of Civil Procedure or the Local Civil Rules.

(c)     Pending Discovery Request Following Removal. In the absence of a contrary stipulation or court order, discovery pending in state court at the time of removal is considered void.

### LCvR891.3     Removed Actions - Bankruptcy.

A notice of removal from state court filed pursuant to Fed. R. Bankr. P. 9027 shall be filed with the bankruptcy clerk. All such removed claims and causes of action are hereby referred to the appropriate bankruptcy judge to be heard and, unless withdrawn by a district judge, such bankruptcy judge shall enter appropriate orders and judgments, subject to review by a district judge or appeal to a district judge as appropriate under 28 U.S.C. §§ 157 and 158 and the Federal Rules of Bankruptcy Procedure.

### LCvR891.4     Bankruptcy Cases.

(a)     Matters Referred to the Bankruptcy Judges.

(1)     Pursuant to 28 U.S.C. § 157(a), all cases under Title 11 of the United States Code and any and all proceedings arising under Title 11 or arising in or related to a case under Title 11 shall be and are hereby referred to the bankruptcy judges for this district.

-30-

## X.     SPECIAL PROCEEDINGS.

### LCvR73.1     Magistrate Judges - Consent Authority.

(a)     With the consent of the parties, each full-time United States Magistrate Judge appointed by this court is specifically designated to exercise the authority and jurisdiction provided by 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 to conduct any or all proceedings in a jury or non-jury civil matter and to order the entry of judgment in the case.

(b)     The parties may consent to Magistrate Judge jurisdiction at any time during the pendency of a case.

(c)     The joint form of consent shall be executed by the parties unless one of the parties is a pro se prisoner, in which case separate consent forms may be submitted.

(d)     After the consent form has been executed and filed, the clerk shall transmit it to the assigned district judge for approval and reference of the case to the assigned Magistrate Judge for all further proceedings.

## XI.     DISTRICT COURTS AND CLERKS.

### LCvR78.1     Oral Arguments.

Oral arguments or hearings on motions or objections will not be conducted unless ordered by the court.

## XII.     GENERAL PROVISIONS.

### LCvR81.1     Removed Actions - Demand for Jury Trial.

Unless demanded in the state court, trial by jury is waived in any case removed from a state court unless a demand for a jury trial is filed and served within 14 days after the notice of removal is filed if the party is the one who filed the removal, or if not the one who filed the removal, within 14 days after receiving service of the notice of removal.

-29-

(2)     The bankruptcy judges shall hear and determine all cases under Title 11 and all core proceedings arising under Title 11 or arising in a case under Title 11, and may enter appropriate orders and judgments, subject to review under 28 U.S.C. § 158; provided, however, that personal injury tort and wrongful death claims shall be tried in the district court in accordance with 28 U.S.C. § 157(b)(5).

(3)     The bankruptcy judges may hear a proceeding that is not a core proceeding but that is related to a case under Title 11. Resolution of such matters shall be governed by 28 U.S.C. § 157(c).

(b)     Motions to Abstain or for Withdrawal of the Reference.

(1)     Motions to abstain from hearing a particular proceeding pursuant to 28 U.S.C. § 1334(c) shall be first presented to and heard by the bankruptcy judge and shall be governed by Fed. R. Bankr. P. 5011 and 9014.

(2)     Motions for withdrawal of the reference of a bankruptcy case, adversary proceeding, or contested matter (collectively, a "Bankruptcy Proceeding") shall be filed with the clerk of the bankruptcy court, along with the required filing fee, and shall be governed by Fed. R. Bankr. P. 5011 and 9014. The motion shall address the authority of the bankruptcy court to adjudicate the claims asserted in the Bankruptcy Proceeding, including: (i) whether the Bankruptcy Proceeding is a core proceeding under 28 U.S.C. § 157(b) or a proceeding that is otherwise related to a case under Title 11, and (ii) whether the bankruptcy court has the constitutional authority to enter a final order and judgment on the claims asserted in the Bankruptcy Proceeding.

(3)     To be timely under 28 U.S.C. § 157(d), motions for withdrawal of the reference of a bankruptcy case shall be filed and served within 14 days after the first meeting of creditors is concluded in the case, and motions for withdrawal of the reference of an adversary proceeding or a contested matter shall be filed and served within 30 days of the time the movant files its first pleading. Failure to timely move for withdrawal of the reference of a Bankruptcy Proceeding shall constitute a waiver of any right to trial by jury of the claims asserted in the Bankruptcy Proceeding and, in light of the opportunity to refuse occasioned by

-31-

RESPECTFULLY:

CHARLES A. SYRUS JR;
CHARLES A. SYRUS JR;
HUSBAND

ANNETTA F. SYRUS
WIFE      DECEASED

PLAINTIFFS (PL)s

1025 N.W. 86TH ST #101
OKLAHOMA, OK
                73114-
(405) 436-9437 #CELL