IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES A. SYRUS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-021-D |
| NATIONAL BASKETBALL ASSOCIATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**J U D G M E N T**

For the reasons stated in the Order issued this date, this action is dismissed with prejudice to a future filing.

ENTERED this 20th day of January, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge